United States District Court
Southern District of Texas
FILED

MAR 22 2001

Michael N. Milby
Clerk of Court

CIVIL ACTION

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. | § § § | |
| VS. | § § | C.A. NO. B-__B-01-048__ |
| SMITH L.C. & SMITH MARITIME, in personam, TUG ELSBETH II, her engines, tackle, etc., *in rem* | § § § § | In Admiralty Pursuant to Rule 9(h) of the Federal Rules of Civil Procedure |

**PLAINTIFF INTERNATIONAL SHIPBREAKING LIMITED, L.L.C.
ORIGINAL VERIFIED COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

The Complaint of Plaintiff, INTERNATIONAL SHIPBREAKING LIMITED, L.L.C., is an action, civil and maritime, within the meaning of FED. R. CIV. P. 9 (h), against SMITH L.C. & SMITH MARITIME, owner and operator of the TUG ELSBETH II in personam and against the TUG ELSBETH II, in rem. The Plaintiff alleges as follows:

1. At all relevant times, Plaintiff, was and is now a limited liability company registered in Texas, with its principal place of business in Brownsville, Texas.

2. Plaintiff is engaged in, among other things, the general business of scrapping and/or dismantling vessels.

3. The Plaintiff's claim is for negligence and breach of the warranty of workmanlike service implied by law in a towing contract with Smith L.C. & Smith Maritime for the tow of two de-commissioned U. S. Navy Guided Missile Destroyers (GMD), the USS COCHRANE and the USS STODDERT which were to be towed from Honolulu, Hawaii to Brownsville, Texas via the Panama Canal. Plaintiff International Shipbreaking Limited, L.L.C. contracted with Smith L.C. & Smith Maritime to tow both vessels to its facility in Brownsville, Texas. Plaintiff, International

Shipbreaking Limited, L.L.C. was to receive under contracts approximately 2 million dollars from the U. S. Navy to dismantle both vessels.

4. During the voyage, the USS STODDERT was lost and/or was intentionally scuttled in the Pacific Ocean due to the negligence and breach of the warranty of workmanlike service provided by the Defendants, her tug and crew. Further and in the alternative, Defendants were negligent and breached the warranty of workmanlike service in abandoning an endangered tow (USS STODDERT) without using all reasonable efforts to salvage her.

5. Plaintiff would show that Defendant TUG ELSBETH II is now or will be during the pendency of this action within the navigable waters of this District and within the jurisdiction of this Court. Further, Defendant Smith L.C. & Smith Maritime has conducted business within the State of Texas and within this District by entering into a contract in Brownsville, Texas. Further, the towing contract required performance (delivery of the tow) in Brownsville, Texas. Defendant Smith L.C. & Smith Maritime may be served with service of process by serving their principal, officer and representative Capt. Latham Smith, who is currently onboard the TUG ELSBETH II which is in or will be in the navigable waters of this District.

6. The Plaintiff has a maritime lien against the TUG ELSBETH II for the loss of the USS STODDERT.

7. Plaintiff therefore requests the arrest of the TUG ELSBETH II and an <u>in rem</u> seizure of the tug pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

8. All and singular, the matters and facts above set forth are true and within the admiralty and maritime jurisdiction of the United States and of this Honorable Court.

WHEREFORE, the Plaintiff prays:

(a) That process in due form of law according to the practice of this Honorable Court in causes of admiralty and maritime jurisdiction issue against the TUG ELSBETH II;

(b) That all persons claiming any interest in the cargo of the TUG ELSBETH II be required to appear and answer on oath all and singular the matter aforesaid;

(c) That the TUG ELSBETH II be seized, condemned, and sold to pay the claims of the Plaintiff, together with interest, attorney's fees and costs;

(d) That process in due form of law according to the practice of this Honorable Court in causes of admiralty and maritime jurisdiction may issue against the Defendants Smith L.C. & Smith Maritime citing them to appear and answer under oath all and singular the matters and things aforesaid;

(e) That this Honorable Court may adjudge and decree that the Defendants pay to the Plaintiff its claims as aforesaid with attorney's fees, interest, and costs; and

(f) That this Honorable Court grant to the Plaintiff such other and further relief as the justice of the cause may require.

Respectfully submitted,

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By: _____
James H. Hunter, Jr.
State Bar of Texas No. 00784311
Federal I.D. No. 15703
Ewing E. Sikes, III
State Bar of Texas No. 00794631
Federal I.D. No. 19534
P.O. Box 3509
Brownsville, Texas 78523-3509
Telephone: (956) 542-4377
Telecopier: (956) 542-4370
Attorney for Plaintiff,
**INTERNATIONAL SHIPBREAKING LIMITED, L.L.C.**

# VERIFICATION

STATE OF TEXAS §
§
COUNTY OF CAMERON §

  BEFORE ME, the undersigned authority, on this day personally appeared **BARRY E. CHAMBERS,** who first being duly sworn on his oath did depose and say:

My name is Barry E. Chambers. I am Co-Chief Operating Officer of the Plaintiff in the above and foregoing action. I am fully authorized by Plaintiff to execute this verification. I have read the foregoing verified Complaint. The allegations contained therein are true and correct.

Further Deponent sayeth not.

              _____
              **BARRY E. CHAMBERS**
              **Co-Chief Operating Officer,**
              **INTERNATIONAL SHIPBREAKING**
              **LIMITED, L.L.C.**

  SWORN TO AND SUBSCRIBED BY ME on this 22 day of March, 2001.

[Notary Seal: Gloria Gamez, Notary Public, State of Texas, My Commission Expires June 25, 2004]

              _____
              NOTARY PUBLIC, STATE OF TEXAS

48937:961238.1:032201           -4-

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

 CIVIL ACTION

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**: INTERNATIONAL SHIPBREAKING LTD, L.L.C.

**DEFENDANTS**: SMITH L.C., SMITH MARITIME, TUG ELSBETH, in rem

**B-01-048**

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**: CAMERON
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**: FLORIDA
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)**:
JAMES H. HUNTER JR. 956.542.4377
EWING E. SIKES III
ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP
55 COVE CR., BROWNSVILLE, TX 78521

**ATTORNEYS (IF KNOWN)**:

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (ADMIRALTY) (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

CONTRACT:
- ☐ 110 Insurance
- ☒ 120 Marine
- ☒ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

TORTS — PERSONAL INJURY:
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY:
- ☐ 362 Personal Injury — Med Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY:
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☒ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

FORFEITURE/PENALTY:
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R R & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

LABOR:
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt Relations
- ☐ 730 Labor/Mgmt Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl Ret Inc Security Act

BANKRUPTCY:
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

PROPERTY RIGHTS:
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

SOCIAL SECURITY:
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

FEDERAL TAX SUITS:
- ☐ 870 Taxes (U S Plaintiff or Defendant)
- ☐ 871 IRS — Third Party 26 USC 7609

OTHER STATUTES:
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

REAL PROPERTY:
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

CIVIL RIGHTS:
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

PRISONER PETITIONS:
- ☐ 510 Motions to Vacate Sentence
- HABEAS CORPUS:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**VI. CAUSE OF ACTION** (CITE THE U S CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. §1333 — MARITIME TORT & BREACH OF WARRANTY

**VII. REQUESTED IN COMPLAINT:**
- CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23: ☐
- DEMAND $ 1,000,000
- JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 3/22/01

SIGNATURE OF ATTORNEY OF RECORD: /s/ (JAMES H. HUNTER JR.)

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG JUDGE _____