IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. § § § | C.A. NO. B-01-048 |
| VS. § § | In Admiralty Pursuant to Rule 9(h) of the Federal Rules of Civil Procedure |
| SMITH L.C. & SMITH MARITIME, in personam, TUG ELSBETH II, her engines, tackle, etc., *in rem* § § § | |

## MOTION FOR ISSUANCE OF WARRANT OF MARITIME ARREST

Come now Plaintiff, INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. by and through the undersigned attorneys, and pursuant to Rule 7 and other applicable rules of the Federal Rules of Civil Procedure, and Supplemental Rules governing Admiralty and Maritime Claims, respectfully move this Honorable Court for an order directing the District Clerk to issue a Warrant of Maritime Arrest of Vessel for the arrest of the TUG ELSBETH II for the reasons and in accordance with the provisions contained in the attached Original Verified Complaint and proposed order.

DATED this 22nd day of **March, 2001** at Brownsville, Cameron County, Texas.

Respectfully submitted,

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By: _____
James H. Hunter, Jr.
State Bar of Texas No. 00784311
Federal I.D. No. 15703
Ewing E. Sikes, III
State Bar of Texas No. 00794631
Federal I.D. No. 19534
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-3509
Telephone: (956) 542-4377
Telecopier: (956) 542-4370
Attorney for Plaintiff,
**INTERNATIONAL SHIPBREAKING LIMITED, L.L.C.**

48937:961201.1:032201