5

United States District Court
Southern District of Texas
FILED

MAR 2 2 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. | § § § | C.A. NO. B-01-048 |
| VS. | § § | In Admiralty Pursuant to Rule 9(h) of the Federal |
| SMITH L.C. & SMITH MARITIME, in personam, TUG ELSBETH II, her engines, tackle, etc., *in rem* | § § § | Rules of Civil Procedure |

**CIVIL ACTION**

ORDER FOR ISSUANCE OF WARRANT
OF MARITIME ARREST

The Court having considered the Motion of the Plaintiff for an Order directing the United States District Clerk to issue a Writ of Seizure pursuant to Rule C against the TUG ELSBETH II, and being of the opinion that the Motion should be granted, it is therefore,

**ORDERED** that the United States District Clerk for the Southern District of Texas, Brownsville Division, issue a Warrant for the onboard Arrest of the TUG ELSBETH directing the United States Marshal to attach the vessel on behalf of the Plaintiff; it is further

**ORDERED** that normal operations, including tow operations, may continue aboard the vessel, and the vessel may shift to another berth or berths so long as it is within the territorial waters of the United States within the Port of Brownsville but at the risk and expense of the vessel's interests; its is further

**ORDERED** that the TUG ELSBETH II can be released from seizure without the necessity of further orders of this Court, provided the United States Marshal receives written authorization to do so from the attorney who requested the seizure, stating that he has conferred with all attorneys

48937:961216.1:032201

representing parties to the litigation, including attorneys for any Intervenors, and they consent to the request for the release; and also provided that the Court has not entered any subsequent orders modifying this arrangement for the release of the vessel.

**DONE** at Brownsville, Texas this 22ND day of **March, 2001.**

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. | § § § | C.A. NO. B-_____  **B-01-048** |
| VS. | § § | In Admiralty Pursuant to |
| SMITH L.C. & SMITH MARITIME, in personam, TUG ELSBETH II, her engines, tackle, etc., *in rem* | § § § | Rule 9(h) of the Federal Rules of Civil Procedure |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE MARSHAL OF THE SOUTHERN DISTRICT OF TEXAS,
OR TO HIS LAWFUL DEPUTY:

GREETINGS:

You are hereby commanded to seize, and take into your possession and hold, subject to the orders of this Court, the following property, to-wit:

TUG ELSBETH II, together with all masts, boilers, cables, engines, machinery, riggings, boats, anchors, chains, tackle, apparel, furniture, fittings, tools, pumps, equipment and supplies, and any and all other appurtenances, accessories, additions, improvements, and replacements no or hereafter belonging thereto, whether or not removed therefrom, now in the possession of TUG ELSBETH II and/or those acting on behalf same, and located within the territorial waters of the United States.

And when you have executed this warrant that you make due and prompt return.

If the character or situation of the property is such that the taking of actual possession is impracticable, you shall execute this process by affixing a copy of same to the property in a conspicuous place and by leaving a copy of the Complaint and process with the person having possession or his agent.

48937:961215.1:032201

WITNESS, THE HONORABLE John Wm Black, JUDGE OF THIS COURT, at Brownsville, Texas this 22nd day of **March, 2001.**

MICHAEL M. MILBY

BY: _____
DEPUTY CLERK

NOTE: Rule C(6) of the **SUPPLEMENTAL FEDERAL RULES OF CIVIL PROCEDURE** provides:

(6) Claim and Answer. The claimant of property that is the subject of an action *in rem* shall file his claim within 10 days after the process has been executed, or within such additional time as may be allowed by the Court, and shall serve his answer within 20 days after the filing of the claim. The claim shall be verified on oath or solemn affirmation, and shall state the interest in the property by virtue of which the claimant demands its restitution and the right to defend the action. If the claim is made on behalf of the person entitled to possession by an agent, bailee, or attorney, it shall state that he is duly authorized to make the claim.

ISSUED FOR:

Plaintiffs, through their attorneys of record, James H. Hunter, Jr., Royston, Rayzor, Vickery & Williams, L.L.P., 55 Cove Circle, P.O. Box 3509, Brownsville, Texas 78523-3509.