6

United States District Court
Southern District of Texas
FILED

MAR 2 2 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. | § § § | C.A. NO. B-  B-01-048 |
| VS. | § | |
| SMITH L.C. & SMITH MARITIME, in personam, TUG ELSBETH II, her engines, tackle, etc., *in rem* | § § § § | In Admiralty Pursuant to Rule 9(h) of the Federal Rules of Civil Procedure |

## ORDER DIRECTING MANNER OF NOTICE

In accordance with the requirements of supplemental Admiralty Rule C(4) of the Federal Rules of Civil Procedure, which requires the publication of certain notices, it is hereby

**ORDERED** that if the TUG ELSBETH II has not been released within ten (10) days after seizure, a Public Notice of Arrest be published substantially in the form filed herewith with the <u>Brownsville Herald</u>, a newspaper of general circulation within this District. It is further

**ORDERED** that all persons claiming any interest in or to the TUG ELSBETH II file their respective claims and answers with the Clerk of this Court and to serve on or mail to Plaintiff's attorney, James H. Hunter, Jr. of Royston, Rayzor, Vickery & Williams, L.L.P., P.O. Box 3509, 55 Cove Circle, Brownsville, Texas 78523-3509, a copy thereof on or before the 4TH day of APRIL, 2001, or be forever defaulted.

**DONE AND ENTERED** at Brownsville, Texas this 22ND day of **March, 2001.**

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

48937:961213.1:032201