8

United States District Court
Southern District of Texas
FILED

APR 0 2 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. | § § § | |
| Plaintiff | § § | |
| V. | § § | C.A. NO. B-01-048 (ADMIRALTY) |
| SMITH L.C. & SMITH MARITIME, *In Personam*, and the TUG ELSBETH II, her engines, tackle, and gear, etc., *In Rem* | § § § § | |
| Defendants. | § § | |

## CLAIM OF OWNER

Smith Maritime, for the interest of itself as Owner of the TUG ELSBETH II, her engines, tackle, etc., before this Honorable Court, makes this claim to the Vessel under limited appearance permitted by Supplemental Rule E(8) of the Federal Rules of Civil Procedure for Certain Admiralty and Maritime Claims, as the same is proceeded against at the instance of International Shipbreaking Limited, L.L.C. Claimant avers that it was at the time of filing of the Complaint herein, and still is, the true and bona fide Owner of the TUG ELSBETH II, her engines, tackle, etc. and the Owner of certain goods and chattels thereon and will defend accordingly.

Respectfully submitted,

_____
Jeffrey R. Bale
State Bar No. 01629800
S.D. Tex. Adm. I.D. No.
Justin W. R. Renshaw
State Bar No. 24013392
S.D. Tex. Adm. I.D. No. 25865
Niels Esperson Building, 20th Floor
808 Travis Street
Houston, Texas 77002
Telephone:   (713) 225-0905
Facsimile:   (713) 225-2907

*Attorneys in Charge for Claimant/Defendant,*
*Smith Maritime*

OF COUNSEL:

EASTHAM, WATSON, DALE, & FORNEY, L.L.P.

# **VERIFICATION**

STATE OF TEXAS              §
                            §
COUNTY OF HARRIS            §

    BEFORE ME, on this day came Justin W. R. Renshaw and after being duly sworn deposed and said:

    My name is Justin W. R. Renshaw and I am associated with the firm of Eastham, Watson, Dale & Forney, L.L.P.

    I am an attorney for Smith Maritime. The facts set forth in the Claim of Owner are true and correct based upon information provided to me as attorney for Smith Maritime. The reason this affidavit is made by the undersigned is that he is an attorney for Smith Maritime, an entity that does not have officers or directors within the district.

_____
Justin W. R. Renshaw

    SWORN AND SUBSCRIBED TO BEFORE ME on this 30th day of March, 2001.

_____
Notary Public, State of Texas

MICHELLE L. KEELEY
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
JUNE 30, 2004

## CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify that I forwarded a true and correct copy of the foregoing to all counsel of record on this the 30th day of March 2001.

**Via CM/RRR # 7000 1670 0006 1835 2729**
James H. Hunter, Jr.
Ewing E. Sikes, III
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
P.O. Box 3509
Brownsville, TX  77523-3509
*(956) 542-4370 - Facsimile*

_____
Justin W. R. Renshaw