United States District Court
Southern District of Texas
FILED

MAR 2 2 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. | § § § | C.A. NO. B-_____ B-01-048 |
| VS. | § § | In Admiralty Pursuant to Rule 9(h) of the Federal Rules of Civil Procedure |
| SMITH L.C. & SMITH MARITIME, in personam, TUG ELSBETH II, her engines, tackle, etc., *in rem* | § § § § | |

## MOTION FOR PUBLICATION OF NOTICE

If the vessel has not been released within ten (10) days after seizure, plaintiff moves the court for an order directing the marshal to publish notice of this action and of the arrest of the TUG ELSBETH II, in the hands of International Shipbreaking Limited, L.L.C., said notice to be substantially published in the <u>Brownsville Herald</u>, a newspaper of general circulation, for six successive days, exclusive of Saturday and Sunday, and to specify that all persons claiming any interest in the said property, or having anything to say why the same should not be arrested to satisfy the demand of plaintiff, shall file their claims within ten (10) days after process has been executed, and shall serve answers within twenty (20) days after the filing of the claim with the Clerk of this Court, with a copy to be mailed to Plaintiff's attorneys, Royston, Rayzor, Vickery & Williams, L.L.P.

48937:961255.1:032201

Respectfully submitted,

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

By: _____[signature]_____

James H. Hunter, Jr.
State Bar of Texas No. 00784311
Federal I.D. No. 15703
Ewing E. Sikes, III
State Bar of Texas No. 00794631
Federal I.D. No. 19534
55 Cove Circle
P.O. Box 3509
Brownsville, Texas  78523-3509
Telephone:  (956) 542-4377
Telecopier: (956) 542-4370
Attorney for Plaintiff,
**INTERNATIONAL SHIPBREAKING LIMITED, L.L.C.**