*19*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 9 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. | § § § § | |
| V. | § § | C.A. NO. B-01-048 (ADMIRALTY) |
| SMITH L.C. & SMITH MARITIME, *In Personam*, and the TUG ELSBETH II, her engines, tackle, and gear, etc., *In Rem* | § § § § | |

## CERTIFICATE OF INTERESTED PARTIES

Smith Maritime, for its Certificate of Interested Parties, states as follows:

The following persons/entities may be financially interested in the outcome of this litigation:

1. International Shipbreaking Limited, L.L.C.

2. Smith Maritime

3. Department of the Navy of the United States of America

4. American Home Assurance Company

5. A.I. Marine Adjusters, Inc.

6. American International Marine Agency of New York, Inc.

7. American International Group, Inc.

Respectfully submitted,

_____
Jeffrey R. Bale
State Bar No. 01629800
S.D. Tex. Adm. I.D. No. 3324
Justin W. R. Renshaw
State Bar No. 24013392
S.D. Tex. Adm. I.D. No. 25865
Niels Esperson Building, 20th Floor
808 Travis Street
Houston, Texas 77002
Telephone:        (713) 225-0905
Facsimile:         (713) 225-2907

*Attorneys in Charge for Smith Maritime*

OF COUNSEL:

EASTHAM, WATSON, DALE, & FORNEY, L.L.P.

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I forwarded a true and correct copy of the foregoing to all counsel of record on this the 5th day of April 2001.

**Via CM/RRR #7000 1670 0006 1835 2675**
James H. Hunter, Jr.
Ewing E. Sikes, III
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
P.O. Box 3509
Brownsville, TX  77523-3509

_____
Justin W. R. Renshaw