20

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

| INTERNATIONAL SHIPBREAKING | § | |
| --- | --- | --- |
| | § | |
| versus | § | CIVIL ACTION: B-01-48 |
| | § | |
| L C SMITH, et al | § | |

United States District Court
Southern District of Texas
ENTERED

APR 1 8 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Order Setting Hearing

1. A hearing will be held before Judge Hilda G. Tagle on:

   _May 14_, 2001

   at _1:30 p_.m.

   Third Floor-Courtroom No. 3
   United States Courthouse
   600 E. Harrison Street, #306
   Brownsville, Texas  78520

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

Signed on _April 18_, 2001, at Brownsville, Texas.

_Hilda Tagle_
Hilda G. Tagle
United States District Judge