21

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| International Shipbreaking Ltd., | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-01-048 |
| Smith L.C. & Smith Maritime, et al., | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on May 2, 2001 the Court **ORDERED** counsel to be prepared to address any issues regarding the posting of counter-security pursuant to Supplemental Admiralty Rule E(7) at the hearing set for May 14, 2001.

DONE at Brownsville, Texas, this 2nd day of May 2001.

Hilda G. Tagle
United States District Judge