23

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 9 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. | § § § | C.A. NO. B-01-048 |
| VS. | § § § | In Admiralty Pursuant to Rule 9(h) of the Federal Rules of Civil Procedure |
| SMITH L.C. & SMITH MARITIME, in personam, TUG ELSBETH II, her engines, tackle, etc., *in rem* | § § § | |

## UNOPPOSED MOTION OF PLAINTIFF TO OFFER TESTIMONY AND EVIDENCE AT HEARING ON COUNTER-SECURITY--MAY 14, 2001

Comes now, Plaintiff, **International Shipbreaking Limited**, and pursuant to this Court's Civil Procedure No. 5.G seeks leave of court to offer testimony and evidence at the hearing on counter-security scheduled on this Court's docket for May 14, 2001 at 1:30 p.m. In support thereof, Plaintiff would respectfully show as follows:

**I.**

This Court has previously ordered the parties to be prepared at the hearing on May 14, 2001, to address the issue of counter-security demanded by Defendant in its Answer and Counter-Claim. In accordance with the law cited in Plaintiff's Response Brief which has been filed contemporaneously herewith, the Court may consider evidence in making its ruling. Plaintiff has filed an Affidavit with its response which it believes should be adequate and undisputable. Out of an abundance of caution, however, Plaintiff seeks leave to have its corporate representative, Barry Chambers and/or Robert Berry available to testify on the issue, if necessary, and offer as evidence the invoice of Defendant upon which its claim for counter-security is apparently based and correspondence of the parties related thereto. See *Exhibit "A"*.

48937:967423.1:050901

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays for leave of court to allow its corporate representative to testify and offer evidence at the hearing on counter-security scheduled for May 14, 2001 at 1:30 p.m., and for all and other further relief to which Defendant may show itself justly entitled.

Respectfully submitted,

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By: _____
James H. Hunter, Jr.
State Bar of Texas No. 00784311
Federal I.D. No. 15703
Ewing E. Sikes, III
State Bar of Texas No. 00794631
Federal I.D. No. 19534
Attorneys for Plaintiff,
**INTERNATIONAL SHIPBREAKING LIMITED, L.L.C.**

Of Counsel:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
P.O. Box 3509
Brownsville, Texas 78523-3509
Telephone:   (956) 542-4377
Telecopier:   (956) 542-4370

## CERTIFICATE OF CONFERENCE

I, James H. Hunter, Jr., on this **9th** day of **May, 2001,** have conferred with opposing counsel, Mr. Jeff Bale and he is unopposed to this motion.

_____
**JAMES H. HUNTER, JR.**

48937:967423.1:050901                Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of **MAY, 2001**, a true and correct copy of the foregoing served via **FACSIMILE** on the following counsel of record:

Mr. Jeff Bale and Mr. Justin Renshaw
Eastham, Watson, Dale & Forney, L.L.P.
20th Floor, Niels Esperson Building
808 Travis Street
Houston, TX  77002

_____
**Of ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. | § § § | C.A. NO. B-01-048 |
| VS. | § § § | In Admiralty Pursuant to Rule 9(h) of the Federal Rules of Civil Procedure |
| SMITH L.C. & SMITH MARITIME, in personam, TUG ELSBETH II, her engines, tackle, etc., *in rem* | § § § | |

## PLAINTIFF'S WITNESS LIST - MAY 14, 2001

1. Barry Chambers, Co-C.O.O. of International Shipbreaking Limited, L.L.C.

2. Robert Berry, Co-C.O.O. of International Shipbreaking Limited, L.L.C.

EXHIBIT "A"

48937:967445.1:050901

EXHIBIT
A