24

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 4 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. | § § § | |
| Plaintiff | § § | |
| V. | § § | C.A. NO. B-01-048 (ADMIRALTY) |
| SMITH L.C. & SMITH MARITIME, *In Personam*, and the TUG ELSBETH II, her engines, tackle, and gear, etc., *In Rem* | § § § § | |
| Defendants. | § | |

## UNOPPOSED MOTION TO OFFER TESTIMONY AND EVIDENCE AT HEARING ON COUNTERSECURITY

Smith Maritime, pursuant to this Court's Civil Procedure No. 5 G, seeks leave of the Court, unopposed, to offer testimony and evidence at the hearing on countersecurity currently scheduled on the Court's docket for May 14, 2001 at 1:30 p.m. (the "Hearing") and in support thereof respectfully states as follows:

This Court has ordered that the parties be prepared to fully address the issue of countersecurity at the hearing. All parties agree that in order to effectively inform the Court of the facts, law and attending equities of this issue, evidence and testimony will be necessary. Although not a full hearing on the merits of the underlying claims and defenses, and although it does not bear the burden in this respect, Smith Maritime expects to address issues as they relate inextricably to the countersecurity and the underlying case. As a result, in addition to the affidavit attached to Smith Maritime's Memorandum and Brief in Support of its Demand for Countersecurity, Smith Maritime seeks leave have one of its representatives, Captain Latham Smith, present at the hearing to give testimony.

WHEREFORE, PREMISES CONSIDERED, Smith Maritime respectfully asks, unopposed, for leave of court to allow its representative to testify and offer evidence at the hearing on countersecurity set for May 14, 2001 at 1:30 p.m. and for any such further relief as the Court may deem just.

Respectfully submitted,

Jeffrey R. Bale
State Bar No. 01629800
S.D. Tex. Adm. I.D. No.
Justin W. R. Renshaw
State Bar No. 24013392
S.D. Tex. Adm. I.D. No. 25865
Niels Esperson Building, 20th Floor
808 Travis Street
Houston, Texas 77002
Telephone:   (713) 225-0905
Facsimile:   (713) 225-2907

*Attorneys in Charge for Claimant/Defendant,*
*Smith Maritime*

OF COUNSEL:

EASTHAM, WATSON, DALE, & FORNEY, L.L.P.

## CERTIFICATE OF OPPOSITION

I, the undersigned, certify that I have contacted opposing counsel and that he is unopposed to this motion.

Justin W. R. Renshaw

## CERTIFICATE OF SERVICE

  I, the undersigned, do hereby certify that I forwarded a true and correct copy of the foregoing to all counsel of record on this the 11th day of May, 2001.

**Via CM/RRR # 7000 1670 0005 7051 5507**
**Facsimile 956-542-4370**
James H. Hunter, Jr.
Ewing E. Sikes, III
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
P.O. Box 3509
Brownsville, TX  77523-3509

Justin W. R. Renshaw

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. | § § § | |
| Plaintiff | § § | |
| V. | § § | C.A. NO. B-01-048 (ADMIRALTY) |
| | § § | |
| SMITH L.C. & SMITH MARITIME, *In Personam*, and the TUG ELSBETH II, her engines, tackle, and gear, etc., *In Rem* | § § § § | |
| Defendants. | § | |

**ORDER GRANTING SMITH MARITIME'S UNOPPOSED MOTION FOR LEAVE**

ON THIS DAY came to be considered Smith Maritime's Unopposed Motion to Offer Testimony And Evidence At Hearing on Countersecurity. The Court, after considering the motion, is of the opinion that the Motion is meritorious and should be granted. It is therefore:

**ORDERED** that Smith Maritime may offer testimony and evidence at the hearing on countersecurity on May 14, 2001 at 1:30 p.m.

DONE at Brownsville, Texas this _____th day of May, 2001.

_____
HONORABLE HILDA TAGLE
UNITED STATES DISTRICT JUDGE