26

United States District Court
Southern District of Texas
FILED

MAY 14 2001 @ 1:35 pm

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. | § § § | C.A. NO. B-01-048 |
| VS. | § § § | In Admiralty Pursuant to Rule 9(h) of the Federal Rules of Civil Procedure |
| SMITH L.C. & SMITH MARITIME, in personam, TUG ELSBETH II, her engines, tackle, etc., *in rem* | § § § | |

## PLAINTIFF'S EXHIBIT LIST

| EX. NO. | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1. | TOWCON CONTRACT | | ✓ | | ✓ | 5/14/01 | |
| 2. | SMITH MARITIME INVOICE OF APRIL 2, 2001 | | ✓ | | ✓ | 5/14/01 | |
| 3. | RHEA SMITH E-MAIL OF JANUARY 23, 2001 | | ✓ | | ✓ | 5/14/01 | |

48937:967862.1:051401