27

# Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED

MAY 1 4 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Fajardo     ■ Koerner |
| DATE | 05 – 14 – 01 |
| TIME | ___ a.m. – ___ a.m.  /  1:45 p.m. – 2:40 p.m. |
| CIVIL ACTION | B – 01 – 048 |
| STYLE | International Shipbreaking Ltd., L.L.C. *versus* Smith L.C. & Smith Maritime, et al. |

DOCKET ENTRY

(HGT)  ■ Status Conference;     ☐ Motion Hearing;    (Rptr.  Breck Record  )

Jim Hunter and Eddie Sikes    for    ■ Ptf. #_____   ☐ Deft. #_____

Jeff Bale and  Justin Renshaw for    ☐ Ptf. #_____   ■ Deft. #_____

☐ All motions not expressly decided are denied without prejudice.

■ Evidence taken [exhibits or testimony].

■ Argument heard on:   ☐ all pending motions;   ■ Following motions

1. Demand for Counter-security by counter-defendant [Dkt. No. 18].
2. Memorandum and Brief in Support of Demand for Counter-security [Dkt. No. 25].
3. Plaintiff/Counter Defendant's Response and Brief in Opposition to Defendant/Counter-Plaintiff's Demand for Counter-Security [Dkt. No. 22].

☐ Motions taken under advisement: _____

■ Order to be entered.

☐ Miscellaneous review set: _____

■ Rulings orally rendered on:

1. Plaintiff's [Dkt. No. 23] And Defendant's [Dkt. No. 24] Unopposed Motions to Offer Testimony and Evidence at Hearing on Counter-security were **GRANTED**.

1

2. Demand for counter-security was **GRANTED**. International Shipbreaking Ltd., L.L.C. is **ORDERED** to post $300,566.42.

2