

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| International Shipbreaking Ltd., | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-01-048 |
| Smith L.C. & Smith Maritime, et al., | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on May 14, 2001, after considering the arguments of counsel and the evidence presented at today's hearing, the Court **ORDERED** the Plaintiff and Counter-Defendant International Shipbreaking Ltd., L.L.C. to post counter-security in the amount of $300,566.42 pursuant to Supplemental Admiralty Rule E(7) and file proof thereof with the Court by July 5, 2001.

DONE at Brownsville, Texas, this 15th day of May 2001.

Hilda G. Tagle
United States District Judge