ORIGINAL

```
                IN THE UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF TEXAS
                         BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

JUN 2 7 2001

Michael N. Milby
Clerk of Court

INTERNATIONAL SHIPBREAKING,   )
LIMITED, L.L.C.               )
                              )
                              )  CIVIL ACTION NO.
VS.                           )  B-01-48
                              )
L.C. SMITH, ET AL             )
                              )

MOTION HEARING
BEFORE THE HONORABLE HILDA G. TAGLE
MAY 14, 2001

APPEARANCES:

For the Plaintiff:    MR. JIM HUNTER
                      MR. EWING SIKES
                      Attorneys at Law
                      Brownsville, Texas

For the Defendant:    MR. JEFFREY BALE
                      MR. JUSTIN RENSHAW
                      Attorneys at Law
                      Houston, Texas

Transcribed by:       BRECK C. RECORD
                      Official Court Reporter
                      600 E. Harrison, Box 16
                      Brownsville, Texas  78520
                      (956)548-2510

Captured and Transcribed by Computer - Eclipse