30

United States District Court
Southern District of Texas
FILED

JUL 0 5 2001

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING | § | |
| LIMITED, L.L.C. | § | C.A. NO. B-01-048 |
| | § | |
| VS. | § | In Admiralty Pursuant to |
| | § | Rule 9(h) of the Federal |
| SMITH L.C. & SMITH MARITIME, | § | Rules of Civil Procedure |
| in personam, TUG ELSBETH II, | § | |
| her engines, tackle, etc., *in rem* | § | |

## PLAINTIFF'S ADVISORY TO THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, **INTERNATIONAL SHIPBREAKING, LTD**, (hereinafter "ISL") and files this its advisory to the court and would respectfully show unto the Court as follows:

### I.

On May 15, 2001, this Honorable Court ordered plaintiff ISL to post counter-security in the amount of $300,566.42. Thereafter, ISL attempted to obtain a bond through several sources but so far has been unsuccessful. Specifically, ISL has contacted the following surety brokers and/or agents:

1.    International Sureties, Ltd. (New Orleans - used by defendant Smith Maritime to obtain its bond);

2.    John L. Wortham & Son (Houston);

3.    Professional Risk Managers (New York);

4.    Hughston Insurance Agency (Brownsville);

5.    Alford Insurance Agency, Inc. (Brownsville); and

6.    Cavazos Insurance (Brownsville).

48937:974252.1:070501

Copies of the rejection letters from the various brokers and agents are attached hereto.[1]

Of all these entities, only International Sureties, Ltd and Professional Risk Managers have not rejected ISL outright. In this regard, International Sureties has indicated that they will not give ISL an uncollateralized bond given ISL's current financials. Rather, International Sureties requires 100% collateral for issuing a bond which ISL does not have.

The prospects of obtaining a bond through Professional Risk Managers seems more promising. Specifically, Professional Risk Managers has verbally indicated to ISL and the undersigned counsel that ISL qualifies for an uncollateralized bond and will receive the same shortly. ISL and the undersigned counsel have been working with Professional Risk Managers for the last three weeks and have been told on repeated occasions by a representative that the bond would be forthcoming today, July 5, 2001. However, as of today, July 5, 2001, ISL has not received the bond in question. ISL is still awaiting a bond from Professional Risk Managers and expects to hear from it shortly, but out of an abundance of caution, ISL files this advisory to the Court..

Respectfully submitted,

**Royston, Rayzor, Vickery & Williams, L.L.P.**

By: _Eddie Sikes_

James H. Hunter, Jr.
State Bar of Texas No. 00784311
Federal I.D. No. 15703
Ewing E. Sikes, III
State Bar of Texas No. 00794631
Federal I.D. No. 19534
Attorneys for Plaintiff,
**INTERNATIONAL SHIPBREAKING
LIMITED, L.L.C.**

---

[1]There is no copy pertaining to Professional Risk Managers as ISL is still waiting to receive final word from them in this matter.

Of Counsel:

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**
P.O. Box 3509
Brownsville, Texas   78523-3509
Telephone:     (956) 542-4377
Telecopier:     (956) 542-4370

## CERTIFICATE OF SERVICE

I hereby certify that on the _5th_ day of **July, 2001**, a true and correct copy of the

foregoing was served via **FACSIMILE** on the following counsel of record:

Mr. Jeff Bale and Mr. Justin Renshaw
Eastham, Watson, Dale & Forney, L.L.P.
20th Floor, Niels Esperson Building
808 Travis Street
Houston, TX  77002

Of ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

Case 1:01-cv-00048   Document 30   Filed in TXSD on 07/05/2001   Page 4 of 10

Jim Alford
Alford Insurance Agency, Inc
P.O. Box 4990
147 East Price Road
Brownsville, Texas 78521

FAX 956 541-0247



# Fax

| To: | EDDIE SIKES | From: | JIM ALFORD |
|---|---|---|---|
| CO: | ROYSTON RAYZOR VICKERY & W | | |
| Phone: | | Date: | 6/29/01 |
| Re: | INTERNATIONAL SHIPBREAKING | | |

☐ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

EDDIE, PLEASE SEE REPLY FROM BONDING COMPANY.  IT APPEARS THAT THEY ARE
NOT WILLING TO ENTERTAIN THIS BOND.  THEY WERE PRETTY SHORT WITH THEIR
REPLY AFTER TWENTY SOME ODD PAGES OF DOCUMENTS, BUT THERE YOU HAVE IT.

Created on 2/22/01 6:19 PM

Case 1:01-cv-00048   Document 30   Filed in TXSD on 07/05/2001   Page 5 of 10

A Subsidiary of CNA Surety Corporation

| DATE:  June 29, 2001 | AGENT CODE: 42 02735 |
|---|---|
| TO:   Alford Insurance Agency<br>P. O. Box 4990<br>Brownsville, TX  78523-4990 | |
| ATTENTION: | NUMBER OF PAGES:  1 |
| FROM: Jeri Sims, Underwriting Officer | |
| RE:   Company Code: 601 - Western Surety Company - File #69189034<br>International Shipbreaking Limited, Llc<br>$300,566 - Plaintiff's Bond Noc Vs. Smith L.C. & Smith Maritime | |

We received the information you submitted through our fax machine.  Thank you for thinking of
Western Surety Company.

Unfortunately, this applicant's financial statement does not qualify for a bond of this sort.  We are
sorry to disappoint you.

**IMPORTANT NOTICE**

The information contained in the notice is privileged and confidential.  It is intended only for the use of the individual or entity named
above.  If the reader of the message is not the intended recipient, you are hereby notified that any dissemination, distribution or
copying of the communication is prohibited.  If you have received the communication in error, please notify us immediately by
telephone collect and return the original message to us at the above address via the U. S. Postal Service.  We will reimburse you for
postage  Thank you.

*Challenge Us!*

P.O. Box 655908  •  Dallas, Texas  75265-5908  •  1-800-233-8800  •  Fax 1-972-980-1115

FROM : CAVAZOS INSURANCE AGENCY    PHONE NO. : 9565421143       Jun. 29 2001 02:00PM P1



# CAVAZOS INSURANCE

315 Paredes Line Road, Brownsville, Texas 78521
Tel: (956) 542-2508  Fax: (956) 542-1143

| | |
|---|---|
| **Via Fax:** | 542-4370 |
| **To:** | Mr. Eddie Sikes, III<br>Attorney At Law |
| **From:** | Terri Sandate<br>Customer Service |
| **Date:** | June 29, 2001 |
| **Re:** | Bond |

**********************************************************************************

Attached please find copy of response from company reference to the above.  We are sorry to inform you that we are not able to help you at this time.

Thank you very much for considering us in your insurance needs.

Regards,

First-class mail - Information you provided to us



FROM : CAVAZOS INSURANCE AGENCY    PHONE NO. : 9565421143        Jun. 29 2001 02:00PM P2

A Subsidiary of CNA Surety Corporation

| DATE: June 29, 2001 | |
|---|---|
| TO:  Cavazos Insurance Agency<br>315 Paredes Line<br>Brownsville, TX 78521-2276 | |
| ATTENTION: Terri Sandate | NUMBER OF PAGES: 1 |
| FROM: Jeri Sims, Underwriting Officer | |
| RE:  Company Code: 601 - Western Surety Company - File #69188891<br>International Shipbreaking LLC<br>$300,566 - Plaintiff's Bond Noe Vs. Smith L.C. & Smith Maritime, In Personam, | |

We received the information you submitted through our fax machine. Thank you for thinking of Western Surety Company.

These bonds are considered hazardous at this penalty amount. Based on the circumstances and information provided. we cannot handle your request.

We are sorry to disappoint you.

IMPORTANT NOTICE

The information contained in the notice is privileged and confidential. It is intended only for the use of the individual or entity named above.  If the reader of the message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of the communication is prohibited.  If you have received the communication in error, please notify us immediately by telephone collect and return the original message to us at the above address via the U. S. Postal Service.  We will reimburse you for postage. Thank you.

*Challenge Us!*

P.O. Box 855908  •  Dallas, Texas 75285-5908  •  1-800-233-8800  •  Fax 1-972-980-1115

Case 1:01-cv-00048    Document 30    Filed in TXSD on 07/05/2001    Page 8 of 10

## JOHN L. WORTHAM & SON, L.L.P.
P.O. Box 1388, Houston, Texas 77251
Telephone No. (713) 526-3366

# F A C S I M I L E

**TO:** Mr. Eddie Sikes
Royston-Rayzor

**FACSIMILE NO.:** 956-542-4370

**FROM:** Philip N. Bair

**DATE:** June 8, 2001

**SUBJECT:** International Ship Breaking Limited, LLC

**REMARKS:**

Eddie, thank you for sending me the information on International Ship Breaking. In reviewing their December 31, 2000 financial statement, I note they have a relatively unstable financial condition which includes both negative working capital, retained earnings and equity. Our surety underwriters are primarily driven by their analysis of the liquidity and historical profitability of a principal in their underwriting decisions. In my opinion, International Ship Breaking would not meet even the minimum standards of the surety underwriters we represent.

In reviewing the fourth footnote to the annual report it appears they were able to obtain a supply bond in the amount of $950,000. I suggest they explore this particular bond requirement with the same surety, as there is obviously a facility already in place.

I am sorry I could not help you out on this one. If you have any questions, please feel free to give me a call.

**TOTAL NUMBER OF PAGES INCLUDING COVER PAGE:** ___
IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL BACK IMMEDIATELY
FAX REPLY TO (713) 520-1260



*Insurance Agency*

David C. Hughston, CIC, CPCU
Peggy Gonzalez, CIC, CPCU
Christopher Hughston, CIC
Ray Hughston, CIC, CPCU

July 5, 2001

The Honorable Hida G. Tagle
United States District Court
Southern District of Texas
Brownsville TX. 78521

RE: Civil Action #B-01-048

Dear Judge,

On behalf of Jimmy Hunter, plaintiff's defense, I have attempted to obtain the bond for the amount of $300,566.42 as counter-security.

Due to underwriting reasons I have been unable to obtain said bond.

Should you have any questions or if I may be of any further assistance, please do not hesitate to give me a call.

Sincerely,

Chris Hughston

46 COVE CIRCLE • P.O. BOX 8550 • BROWNSVILLE, TEXAS 78526-8550 • (956) 542-4387 • FAX (956) 542-8335
TOLL FREE  1-800-458-2399

| From: | "Kate Werner" <kwerner@internationalsureties.com> |
|---|---|
| To: | <eddie.sikes@roystonlaw.com> |
| Date: | 6/6/01 3:18PM |
| Subject: | International Shipbreaking Lt.d v. Smith LC, et al; Your File:  48,937 |

Eddie:

As discussed this date, in order to provide the bond, our surety markets will require 100% collateral in the form of a letter of credit from an approved bank using our sureties' letter of credit form.  If you would like us to proceed, please advise the name of the bank your client proposes to obtain the letter of credit from so that we may have it approved and then fax you all the necessary forms.

Should you have any questions, please let me know.

Thank you.

Sincerely,

Kate Werner
International Sureties, Ltd.
210 Baronne Street, Suite 1700
New Orleans, Louisiana 70112
U. S. A.
(504) 897-6684 - direct tel.
(504) 581-6404 - main tel.
(504) 897-6685 - direct fax
(504) 581-1876 - main fax