

United States District Court
Southern District of Texas
FILED

JUL 06 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. | § § § | |
| VS. | § § § | C.A. NO. B-01-048<br><br>(ADMIRALTY) |
| SMITH L.C. & SMITH MARITIME, *In Personam*, and the TUG ELSBETH II, her engines, tackle, and gear, etc., *in rem* | § § § § | |

### PLAINTIFF'S SECOND ADVISORY TO THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, **INTERNATIONAL SHIPBREAKING, LTD**, (hereinafter "ISL") and files this its Second Advisory to the Court and would respectfully show unto the Court as follows:

### I.

This morning, ISL was informed by Professional Risk Managers that the principal with whom ISL's application for a bond was made, cannot issue the bond without at least two-thirds (roughly $200,000.00) collateral. As a result thereof, ISL is currently in the process of marshaling its liquid assets to determine whether it can post the collateral or provide a cash bond. The undersigned counsel has lost the trust with the broker with whom we have been dealing with and will, depending upon a determination of ISL's liquid assets, do either the following prior to the scheduling conference set for July 15, 2001:

(1)     Post the collateral and obtain the bond; or

(2)     Post a cash bond; or

48937:974459.1:070601

(3)     In the event ISL is unable to marshal the necessary liquid assets, file a motion for reconsideration of this Court's Order of counter-security.

## II.

Plaintiff ISL files this advisory to the Court in order to be forthright with the Court and opposing counsel. The undersigned counsel represents that both ISL and undersigned counsel have worked vigorously over the last month to obtain a bond through several sources and have essentially been left in the lurch by a broker who made certain representations about the substantial probability of its obtaining a bond without collateral prior to the Court's deadline. ISL and the undersigned counsel relied on those representations.

ISL respectfully requests the patience of this Court and opposing counsel for ten (10) more days while it makes its last effort to obtain a bond and/or post its own bond in the form of cash if it is able to do so after marshaling its liquid assets.

Respectfully submitted,

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

By: _____
James H. Hunter, Jr.
State Bar of Texas No. 00784311
Federal I.D. No. 15703
Ewing E. Sikes, III
State Bar of Texas No. 00794631
Federal I.D. No. 19534
Attorneys for Plaintiff,
**INTERNATIONAL SHIPBREAKING
LIMITED, L.L.C.**

Of Counsel:

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**
P.O. Box 3509
Brownsville, Texas   78523-3509
Telephone:   (956) 542-4377
Telecopier:   (956) 542-4370

### CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of **July, 2001**, a true and correct copy of the foregoing was served via **FACSIMILE** on the following counsel of record:

Mr. Jeff Bale and Mr. Justin Renshaw
Eastham, Watson, Dale & Forney, L.L.P.
20th Floor, Niels Esperson Building
808 Travis Street
Houston, TX  77002

_____
**OF ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

48937:974459.1:070601                   -3-