

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 3 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. § § § | |
| VS. § § | C.A. NO. B-01-048 (ADMIRALTY) |
| SMITH L.C. & SMITH MARITIME, § *In Personam*, and the TUG ELSBETH II, § her engines, tackle, and gear, etc., *in rem* § | |

## CASH BOND

**KNOW ALL MEN BY THESE PRESENTS,** that **International Shipbreaking Limited, L.L.C.**, hereby posts with the United States District Clerk, a cash bond in the amount of $300,566.42 for which International Shipbreaking Limited, L.L.C. is held and firmly bound unto the United States Marshal for the Southern District of Texas, his successor and successors, for the benefit of whom it may concern, in the said sum of $300,566.42, lawful money of the United States, for payment whereof to said United States Marshal, his successor and successors, for the benefit of whom it may concern, International Shipbreaking Limited, L.L.C. binds itself, its successors and assigns, jointly, severally, and firmly by these presents.

**NOW THEREFORE,** the conditions of this obligation are such that International Shipbreaking Limited, L.L.C. shall abide by all Orders of the court in such suit, interlocutory or final, and pay to the Defendant/Counter Plaintiff the amounts awarded to the Defendant/Counter Plaintiff and against International Shipbreaking Limited, L.L.C., as Defendant/Counter Plaintiff in the above-captioned matter, by a final judgment rendered by this Court or by an Appellate Court if

48937:974446.1:070601



-2-

any appeal intervene, then this obligation shall be void, otherwise same shall remain in full force and effect.

WHEREAS International Shipbreaking Limited, L.L.C.'s name and seal, hereunder affixed on this 9th day of **July, 2001**.

INTERNATIONAL SHIPBREAKING LIMITED, L.L.C.

By: _____
James H. Hunter, Jr.
Its Authorized Attorney