33

United States District Court
Southern District of Texas
FILED

JUL 1 3 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. | § § § § | |
| V. | § § | C.A. NO. B-01-048 (ADMIRALTY) |
| | § | |
| SMITH L.C. & SMITH MARITIME, *In Personam*, and the TUG ELSBETH II, her engines, tackle, and gear, etc., *In Rem* | § § § | |

## UNOPPOSED MOTION TO RE-SET INITIAL PRETRIAL SCHEDULING CONFERENCE

Smith Maritime, for its Unopposed Motion to Re-set the Initial Pretrial Scheduling Conference in the above styled and numbered action, respectfully states as follows:

1. The Initial Pretrial Scheduling Conference in this case is currently set for July 30, 2001 at 2:00 p.m.

2. Smith Maritime is in the process of preparing a Motion for Summary Judgment and expects to have that Motion on file by or before July 18, 2001. As a result, ISL's response would be due on or before August 17, 2001.

3. Smith Maritime moves, unopposed, that in the interests of judicial economy and efficient case handling the Initial Scheduling Conference should be re-set no sooner than August 24, 2001 or at such time as the Court directs. Smith Maritime respectfully requests that the Court allow sufficient time for the parties to file evidence and memoranda in connection with Defendant's summary judgment such that the Court can consider the impact this matter will have on the future handling of this case at the Scheduling Conference.

19,645 1PDCP7138.JWR-M-Reset.doc

WHEREFORE, PREMISES CONSIDERED, Smith Maritime prays, unopposed, that the Initial Pretrial Scheduling Conference currently set for July 30, 2001 at 2:00 p.m. be re-set to August 24, 2001 or to such time as will allow for the filing of Smith Maritime's Motion for Summary Judgment and responsive pleadings of International Shipbreaking Limited, L.L.C.

Respectfully submitted,

Jeffrey R. Bale
State Bar No. 01629800
S.D. Tex. Adm. I.D. No.
Justin W. R. Renshaw
State Bar No. 24013392
S.D. Tex. Adm. I.D. No. 25865
Niels Esperson Building, 20th Floor
808 Travis Street
Houston, Texas 77002
Telephone:       (713) 225-0905
Facsimile:       (713) 225-2907
*Attorneys in Charge for Smith Maritime*

OF COUNSEL:

EASTHAM. WATSON, DALE & FORNEY, L.L.P.

## CERTIFICATE OF CONFERENCE

I, the undersigned, have contacted counsel for International Shipbreaking Limited, L.L.C., and certify that this motion is unopposed.

Justin W. R. Renshaw

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I forwarded a true and correct copy of the foregoing to all counsel of record on this the 12th day of July 2001.

**Via CM/RRR #7000 1670 0006 1835 3962**
James H. Hunter, Jr.
Ewing E. Sikes, III
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
P.O. Box 3509
Brownsville, TX 77523-3509
*(956) 542-4370 - Facsimile*

_____
Justin W. R. Renshaw