35

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 6 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. | § § § | |
| Plaintiff | § § | |
| V. | § § | C.A. NO. B-01-048 (ADMIRALTY) |
| SMITH L.C. & SMITH MARITIME, *In Personam*, and the TUG ELSBETH II, her engines, tackle, and gear, etc., *In Rem* | § § § § § | |
| Defendants. | § | |

## NOTICE OF DEFENDANT'S INITIAL DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT

PLEASE TAKE NOTICE that Defendant Smith Maritime has made its initial disclosure pursuant to Rule 26 of the Federal Rules of Civil Procedure.

Respectfully submitted,

_____
Jeffrey R. Bale
State Bar No. 01629800
S.D. Tex. Adm. I.D. No. 3324
Justin W. R. Renshaw
State Bar No. 24013392
S.D. Tex. Adm. I.D. No. 25865
Niels Esperson Building, 20th Floor
808 Travis Street
Houston, Texas 77002
Telephone:     (713) 225-0905
Facsimile:     (713) 225-2907
*Attorneys in Charge for Claimant/Defendant, Smith Maritime*

OF COUNSEL:

EASTHAM, WATSON, DALE, & FORNEY, L.L.P.

## CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify that I forwarded a true and correct copy of the foregoing to all counsel of record on this the 13th day of July 2001.

**VIA CM/RRR # 7000 1670 0006 1835 3955**
**and FACSIMILE: 956/542-4370**
James H. Hunter, Jr.
Ewing E. Sikes, III
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
P.O. Box 3509
Brownsville, TX 77523-3509

Justin W. R. Renshaw