IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 9 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| International Shipbreaking Ltd., | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-01-048 |
| Smith L.C. & Smith Maritime, et al., | § | |
| Defendants. | § | |

**ORDER**

BE IT REMEMBERED, that on July 18, 2001 the court **GRANTED** Defendants' Unopposed Motion to Re-Set Initial Pretrial Conference [Dkt. No. 33]. The court will issue a separate order resetting the initial pretrial conference for a date after August 24, 2001.

DONE at Brownsville, Texas, this __19__ day of July 2001.

Hilda G. Tagle
United States District Judge