3⁻

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

INTERNATIONAL SHIPBREAKING Ltd.,     §
                                     §
                                     §
versus                               §     CIVIL ACTION NO: B: 01-048
                                     §
                                     §                    United States District Court
                                     §                    Southern District of Texas
SMITH L.C.& SMITH MARITIME, et al    §                            ENTERED

                                                           JUL 1 9 2001

## Order Resetting Conference

Michael N. Milby, Clerk of Court
By Deputy Clerk

The initial pre-trial conference set for *July 30, 2001,* has been reset to:

## September 11, 2001 at 1:30 p.m.

Signed on _____*July 19*_____, 2001 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

ClibPDF - www.fastio.com