IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 09 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. | § § § | C.A. NO. B-01-048 |
| VS. | § § § § § | In Admiralty Pursuant to Rule 9(h) of the Federal Rules of Civil Procedure |
| SMITH L.C. & SMITH MARITIME, in personam, TUG ELSBETH II, her engines, tackle, etc., *in rem* | | |

### AGREED STIPULATION FOR DEADLINE TO FILE INTERNATIONAL SHIPBREAKING LIMITED, L.L.C.'S RESPONSE TO SMITH'S MOTION FOR SUMMARY JUDGMENT

Come now, Plaintiff, **INTERNATIONAL SHIPBREAKING LIMITED, L.LC.**, (ISL) and Defendant, **SMITH MARITIME** (Smith). Defendant's Motion for Summary Judgment was filed with the Clerk on July 23, 2001. Because of a delay in the mail, ISL did not receive that Motion until July 26, 2001. Pursuant to the Local Rules of the Southern District of Texas, motions are submitted to the Court for consideration within twenty (20) days of filing. However, because of the delay in the Motion reaching ISL, the parties respectfully agree that the deadline for ISL to file its response to Smith's Motion for Summary Judgment and/or Smith's Motion should be submitted for consideration to this Court on Thursday, August 16, 2001.

The Court is respectfully requested to approve the parties' agreement in the interest of fairness so that justice may be done.

Respectfully submitted,

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By: _____
James H. Hunter, Jr.
State Bar of Texas No. 00784311
Federal I.D. No. 15703

Ewing E. Sikes, III
State Bar of Texas No. 00794631
Federal I.D. No. 19534
P.O. Box 3509
Brownsville, Texas   78523-3509
Telephone:   (956) 542-4377
Telecopier:   (956) 542-4370
Attorneys for Plaintiff,
**INTERNATIONAL SHIPBREAKING LIMITED, L.L.C.**

**EASTHAM, WATSON, DALE & FORNEY, L.L.P.**

By: _/s/ Jeffrey R. Bale by pem_
Jeffrey R. Bale
State Bar No. 01629800
S.D. Tex. Adm. I.D. No.
Justin W. R. Renshaw
State Bar No. 24013392
S.D. Tex. Adm. I.D. No. 25865
Niels Esperson Building, 20th Floor
808 Travis Street
Houston, Texas 77002
Telephone:   (713) 225-0905
Facsimile:   (713) 225-2907
**Attorneys for Defendant,
SMITH MARITIME**

## CERTIFICATE OF SERVICE

I hereby certify that on the ___9th___ day of **AUGUST, 2001**, a true and correct copy of the foregoing served via *Facsimile* and *First Class Mail* on the following counsel of record:

Mr. Jeff Bale and Mr. Justin Renshaw
EASTHAM, WATSON, DALE & FORNEY, L.L.P.
20th Floor, Niels Esperson Building
808 Travis Street, 20th Floor
Houston, TX 77002

_____
**Of ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

48937:978392.1:080901          Page 3 of 3