40

United States District Court
Southern District of Texas
ENTERED

AUG 1 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| International Shipbreaking Ltd., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-01-048 |
| Smith L.C. & Smith Maritime, et al., | § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on August 13, 2001 the Court **INFORMED** the Parties that the submission date for the Defendant's Motion for Summary Judgment [Dkt. No. 38] is August 16, 2001.

DONE at Brownsville, Texas, this 13th day of August 2001.

Hilda G. Tagle
United States District Judge