*41*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| International Shipbreaking Ltd., | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-01-048 |
| Smith L.C. & Smith Maritime, et al., | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on August 14, 2001 the Court **ORDERED** Defendant Smith Maritime to amend its pending summary judgment motion [Dkt. No. 38] by August 18, 2001 at 4:00 p.m to remedy the following defects:

(1) Many of the allegations of fact in the motion are not supported by specific citation to the summary judgment record as required by this Court's Chamber Rules; and,

(2) Exhibits B, C, and D do not comply with Federal Rule of Civil Procedure 56(e) in that the affiants do not affirmatively state that they have personal knowledge of the facts contained in their affidavits.

The Court has not through this order granted the Defendant leave to amend its motion to add additional factual or legal arguments.

DONE at Brownsville, Texas, this 14th day of August 2001.

Hilda G. Tagle
United States District Judge