*45*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 7 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. | § § § | C.A. NO. B-01-048 |
| VS. | § § | In Admiralty Pursuant to Rule 9(h) of the Federal Rules of Civil Procedure |
| SMITH L.C. & SMITH MARITIME, in personam, TUG ELSBETH II, her engines, tackle, etc., *in rem* | § § § | |

PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO AMEND ISL'S ORIGINAL
COMPLAINT

Comes now, Plaintiff, **INTERNATIONAL SHIPBREAKING, LIMITED, L.L.C.**

(hereinafter *"ISL"*) pursuant to Rule 15 of the Federal Rules of Civil Procedure and makes this its

Motion for Leave to Amend ISL's Original Complaint to clarify the intentional torts alleged in

Plaintiff's Original Complaint, allege a cause of action for fraud and specify the quantum of damages

sought. In support thereof, ISL would respectfully show as follows:

I.

BACKGROUND

In its Original Complaint on file herein, Plaintiff alleged that the vessel which is the subject

of this lawsuit, the ex-U.S.S. STODDERT, was "lost and/or intentionally scuttled in the Pacific

Ocean "due to the negligence and breach of warranty and workmanlike service provided by the

Defendants, her tug and crew. Further and in the alternative, Defendants also alleged negligence and

breach of warranty workmanlike service in abandoning an endangered tow (the Stoddert) without

using all reasonable efforts to salvage her.

48937:981377.1:090401                                    -1-

## II.

## <u>REASONS FOR SEEKING LEAVE TO AMEND</u>

Subsequent to the filing of Plaintiff's Original Complaint, Plaintiff has discovered evidence that at the time of the casualty, Defendants' crew members were ordered to board the STODDERT, open all hatches and manholes and scuttle the Stoddert despite the fact that she was dry in all compartments except the forward aft and was never in danger of sinking. *See Exhibit "A" to ISL's Response to Smith's Motion for Summary Judgment, on file among the papers of this action.* Additionally, the intentional nature of Plaintiff's cause of action has become an issue in Smith's Motion for Summary Judgment and applicable law.

## III.

To clarify and further elaborate on the intentional language in Plaintiff's Complaint and to allege a cause of fraud and specify the quantum of damage sought, Plaintiff ISL respectfully seeks leave of Court pursuant to F.R.C.P. 15 because justice so requires.  Attached as Exhibit "A" is a copy of ISL's proposed First Amended Complaint.

**WHEREFORE, PREMISES CONSIDERED**, ISL seeks leave of Court to amend its Original Complaint to clarify the intentional language alleged and to allege a cause of action for fraud based on information obtained subsequent to the filing of the Original Complaint, and for all and other further relief at law or in equity to which ISL may show itself justly entitled.

48937:981377.1:090401                                -2-

Respectfully submitted,

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By:_____

James H. Hunter, Jr.
State Bar of Texas No. 00784311
Federal I.D. No. 15703
Ewing E. Sikes, III
State Bar of Texas No. 00794631
Federal I.D. No. 19534
Attorneys for Plaintiff,
**INTERNATIONAL SHIPBREAKING
LIMITED, L.L.C.**

Of Counsel:

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**
P.O. Box 3509
Brownsville, Texas   78523-3509
Telephone:   (956) 542-4377
Telecopier:   (956) 542-4370

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff and Defendants have conferred by e-mail.  Defendants are opposed to this motion.

_____
James H. Hunter, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on the ⁷ᵗʰ day of **SEPTEMBER, 2001**, a true and correct copy of the foregoing served **VIA FACSIMILE (713) 225-2907 AND CERTIFIED MAIL - RRR** on the following counsel of record:

Mr. Jeff Bale and Mr. Justin Renshaw
Eastham, Watson, Dale & Forney, L.L.P.
20th Floor, Niels Esperson Building
808 Travis Street, 20th Floor
Houston, TX  77002

_____
**Of ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. | § § § | C.A. NO. B-01-048 |
| VS. | § § | In Admiralty Pursuant to Rule 9(h) of the Federal Rules of Civil Procedure |
| SMITH L.C. & SMITH MARITIME, in personam, TUG ELSBETH II, her engines, tackle, etc., *in rem* | § § § § | |

## ORDER GRANTING MOTION FOR LEAVE TO AMEND ISL'S ORIGINAL COMPLAINT

Came on for consideration the *Plaintiff's Motion for Leave to Amend ISL's Original Complaint*. It is hereby **ORDERED** that said motion is **GRANTED**.

It is therefore, **ORDERED** the Clerk file the First Amended Complaint of International Shipbreaking, Limited, L.L.C.

The Clerk shall send a copy of this Order to counsel for all parties.

**SIGNED FOR ENTRY** on the _____ day of **September, 2001**.

                                        _____
                                        HON. HILDA TAGLE
                                        UNITED STATES DISTRICT JUDGE

**COPIES TO:**

JAMES H. HUNTER, JR., P.O. BOX 3509, BROWNSVILLE, TX  78523-3509; and
JEFF BALE, NIELS ESPERSON BUILDING, 808 TRAVIS STREET, 20TH FLOOR, HOUSTON, TX  77002

48937:981391.1:090401

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. | § § § | |
| | § | C.A. NO. B-01-048 |
| VS. | § § | |
| | § | In Admiralty Pursuant to |
| SMITH L.C. & SMITH MARITIME, | § | Rule 9(h) of the Federal |
| in personam, TUG ELSBETH II, | § | Rules of Civil Procedure |
| her engines, tackle, etc., *in rem* | § | |

## PLAINTIFF INTERNATIONAL SHIPBREAKING LIMITED, L.L.C.'S
## FIRST AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

The Complaint of Plaintiff, INTERNATIONAL SHIPBREAKING LIMITED, L.L.C., is an action, civil and maritime, within the meaning of FED. R. CIV. P. 9 (h), against SMITH L.C. & SMITH MARITIME, owner and operator of the TUG ELSBETH II in personam and against the TUG ELSBETH II, in rem. The Plaintiff alleges as follows:

1.      At all relevant times, Plaintiff, was and is now a limited liability company registered in Texas, with its principal place of business in Brownsville, Texas.

2.      Plaintiff is engaged in, among other things, the general business of scrapping and/or dismantling vessels.

3.      The Plaintiff's claim is for negligence, intentional acts and breach of the warranty of workmanlike service implied by law in a towing contract with Smith L.C. & Smith Maritime for the tow of two de-commissioned U. S. Navy Guided Missile Destroyers (GMD), the ex-USS COCHRANE and the ex-USS STODDERT which were to be towed from Honolulu, Hawaii to Brownsville, Texas via the Panama Canal. Plaintiff has at all material times, a proprietary interest in the said decommissioned warships. Plaintiff International Shipbreaking Limited, L.L.C. contracted with Smith L.C. & Smith Maritime to tow both vessels to its facility in Brownsville

48937:981937.1:090701

**EXHIBIT**
**A**

ClibPDF - www.fastio.com

(c)     That the TUG ELSBETH II be seized, condemned, and sold to pay the claims of the

Plaintiff, together with interest, attorney's fees and costs;

(d)     That process in due form of law according to the practice of this Honorable Court in

causes of admiralty and maritime jurisdiction may issue against the Defendants Smith

L.C. & Smith Maritime citing them to appear and answer under oath all and singular the

matters and things aforesaid;

(e)     That this Honorable Court may adjudge and decree that the Defendants pay to the

Plaintiff its claims as aforesaid with attorney's fees, interest, and costs; and

(f)     That this Honorable Court grant to the Plaintiff such other and further relief as the

justice of the cause may require.

Respectfully submitted,

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By:_____

James H. Hunter, Jr.
State Bar of Texas No. 00784311
Federal I.D. No. 15703
Ewing E. Sikes, III
State Bar of Texas No. 00794631
Federal I.D. No. 19534
P.O. Box 3509
Brownsville, Texas   78523-3509
Telephone:  (956) 542-4377
Telecopier: (956) 542-4370
Attorney for Plaintiff,
**INTERNATIONAL SHIPBREAKING
LIMITED, L.L.C.**

48937:981937.1:090701                              -3-

Texas.   Plaintiff, International Shipbreaking Limited, L.L.C. was to receive under contracts approximately 2 million dollars from the U. S. Navy to dismantle the vessel.

4.      During the voyage, the ex-USS STODDERT was lost and/or was intentionally scuttled in the Pacific Ocean due to the negligence, intentional acts, fraud and/or breach of the warranty of workmanlike service provided by the Defendants, her tug and crew.  Further and in the alternative, Defendants were negligent, committed intentional acts, committed fraud and/or breached the warranty of workmanlike service in abandoning salvage efforts and scuttling the tow (STODDERT) without using all reasonable efforts to salvage her as required by the general Maritime law.

5.      The Plaintiff has a maritime lien against the TUG ELSBETH II for the loss of the USS STODDERT.  The TUG ELSBETH II was arrested pursuant to Supplemental Admiralty Rule 3 and a bond issued in place of the res.

6.      The Plaintiff has sustained damages in excess of 1.6 million U.S. Dollars, plus attorney's fees, expenses and costs of court as a proximate cause of Defendants acts, as set out above.

7.      All and singular, the matters and facts above set forth are true and within the admiralty and maritime jurisdiction of the United States and of this Honorable Court.

WHEREFORE, the Plaintiff prays:

(a)     That process in due form of law according to the practice of this Honorable Court in causes of admiralty and maritime jurisdiction issue against the TUG ELSBETH II;

(b)     That all persons claiming any interest in the cargo of the TUG ELSBETH II be required to appear and answer on oath all and singular the matter aforesaid;

48937:981937.1:090701                                    -2-

# CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of **SEPTEMBER, 2001,** a true and correct copy of the foregoing served via **FACSIMILE and CERTIFIED MAIL - RRR** on the following counsel of record:

Mr. Jeff Bale and Mr. Justin Renshaw
Eastham, Watson, Dale & Forney, L.L.P.
20th Floor, Niels Esperson Building
808 Travis Street, 20th Floor
Houston, TX  77002

**Of ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**