48

United States District Court
Southern District of Texas
ENTERED

SEP 2 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. | § § § § | |
| Plaintiff, | § | |
| V. | § § | C.A. NO. B-01-048 (ADMIRALTY) |
| SMITH L.C. & SMITH MARITIME *In Personam*, and the TUG ELSBETH II, her engines, tackle, and gear, etc, *In Rem* | § § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on September 21, 2001, no Answers of Defendant Smith L.C., *In Personam* and Defendant the Tug ELSBETH II, her engines, tackle and gear, etc., *In Rem,* having been received by the Court, the Court ORDERED such Defendants to file Answers to the Complaint of Plaintiff International Shipbreaking [Dkt No.1] no later than Monday, October 1, 2001 at 2:00 p.m.

DONE at Brownsville, Texas, this 21st day of September 2001.

_____
Hilda G. Tagle
United States District Judge