49

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

INTERNATIONAL SHIPBREAKING    §
LIMITED, L.L.C.    §
   §
versus    §    CIVIL ACTION: B-01-48
   §
SMITH L.C., et al    §

*United States District Court
Southern District of Texas
ENTERED
SEP 2 8 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk*

## Order Setting Hearing

1.    A hearing will be held before Judge Hilda G. Tagle on:

     __October 29__, 2001

     at __3:30 p__.m.

     Third Floor-Courtroom No. 3
     United States Courthouse
     600 E. Harrison Street, #306
     Brownsville, Texas 78520

2.    Each party shall appear by an attorney with full knowledge of the facts and authority to bind the client.

Signed on __September 28__, 2001, at Brownsville, Texas.

                                Hilda G. Tagle
                                United States District Judge