

United States District Court
Southern District of Texas
FILED

OCT 0 1 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. | § § § § | |
| V. | § § | C.A. NO. B-01-048 (ADMIRALTY) |
| SMITH L.C. & SMITH MARITIME, *In Personam*, and the TUG ELSBETH II, her engines, tackle, and gear, etc., *In Rem* | § § § | |

## ORIGINAL ANSWER OF SMITH L.C.

Smith L.C. ("Smith"), for its Original Answer to the Complaint brought by International

Shipbreaking Limited, L.L.C. ("ISL"), respectfully states as follows:

### I.
### FIRST DEFENSE

Smith asserts the defense of insufficiency of process pursuant to Fed. R. Civ. P. 12(b)(4).

### II.
### SECOND DEFENSE

Smith asserts the defense of insufficiency of service of process pursuant to Fed. R. Civ. P.

12(b)(5).

### III.
### THIRD DEFENSE

ISL's Complaint fails to state a cause of action against Smith upon which relief can be

granted.

### IV.
### FOURTH DEFENSE

Smith answers the specific allegations in the Complaint as follows:

1.  Smith is without knowledge or information sufficient to form a belief as to the truth

of the allegations in Paragraph I.

2.       Smith is without knowledge or information sufficient to form a belief as to the truth of allegations in Paragraph II.

3.       Smith denies or is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph III.

4.       Smith denies the allegations in Paragraph IV.

5.       Smith denies or is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph V.

6.       Smith denies the allegations in Paragraph VI.

7.       Smith admits that ISL requested the arrest and *in rem* seizure of the Tug ELSBETH II pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

8.       Smith denies the allegations in Paragraph VIII.

## V.
## FIFTH DEFENSE

Smith further answers that this claim may be subject to dismissal and/or transfer to another forum as being brought contrary to a forum selection clause set forth in the applicable contract(s).

## VI.
## SIXTH DEFENSE

Smith further answers that this claim may be subject to arbitration under the applicable contract(s) and that Plaintiff's claim may therefore be subject to dismissal and/or stay pending arbitration.

## VII.
## SEVENTH DEFENSE

For further answer, if any be necessary, Smith asserts that if any damage occurred to ISL, which is strictly denied, such damage was caused by a party or third parties for whom Smith is not legally responsible.  Smith further asserts that it is entitled to contribution/indemnity for any damages actually caused by those parties.

## VIII.
## EIGHTH DEFENSE

For further answer, if any be necessary, Smith asserts that if any damage occurred to ISL, which is strictly denied, such damage was caused by the contributory negligence of ISL.

## IX.
## NINTH DEFENSE

For further answer, if any be necessary, Smith invokes all of the rights and immunities granted to it under any applicable contract(s) or other applicable law, including, but not limited to, the general maritime law of the United States.

WHEREFORE, PREMISES CONSIDERED Smith L.C. prays that ISL's Complaint be dismissed as to it, or in the alternative that upon final hearing hereof, judgment be entered that ISL take nothing by its suit and that Smith L.C. be awarded its costs incurred in its defense, attorneys' fees, interest, and all other and further relief, both in law and in equity, as this Honorable Court may deem just.

Respectfully submitted,

Jeffrey R. Bale
State Bar No. 01629800
S.D. Tex. Adm. I.D. No.
Justin W. R. Renshaw
State Bar No. 24013392
S.D. Tex. Adm. I.D. No. 25865
Niels Esperson Building, 20th Floor
808 Travis Street
Houston, Texas 77002
Telephone:        (713) 225-0905
Facsimile:        (713) 225-2907
*Attorneys in Charge for Defendant,
Smith L.C.*

OF COUNSEL:

EASTHAM, WATSON, DALE, & FORNEY, L.L.P.

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I forwarded a true and correct copy of the foregoing to all counsel of record on this the 28th day of September 2001.

**Via CM/RRR #7000 1670 0006 1835 3351**
James H. Hunter, Jr.
Ewing E. Sikes, III
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
P.O. Box 3509
Brownsville, TX  77523-3509

Justin W. R. Renshaw