51

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. | § § § § | |
| V. | § § | C.A. NO. B-01-048 (ADMIRALTY) |
| SMITH L.C. & SMITH MARITIME, *In Personam*, and the TUG ELSBETH II, her engines, tackle, and gear, etc., *In Rem* | § § § | |

### MEMORANDUM TO THE COURT WITH RESPECT TO THE ANSWER OF THE TUG ELSBETH II

Smith Maritime, for its Memorandum to the Court with Respect to the Answer of the Tug ELSBETH II, respectfully states as follows:

### I. The Claim of Owner Obviates the Need to File an Answer on Behalf of the Tug

On March 30, 2001, Smith Maritime filed its Claim of Owner for the *In Rem* Defendant the Tug ELSBETH II (the "Tug"), specifically stating that it will defend the Tug. On April 5, 2001, Smith Maritime filed its Original Answer and Counterclaim on behalf of itself, as an *In Personam* Defendant, and as Claimant to the Tug. Accordingly, Smith Maritime's Answer and Counterclaim serve as responsive pleadings on behalf of the vessel as well as of Smith Maritime. *See, e.g.*, Cactus Pipe & Supply Co. v. M/V MONTMARTE, 756 F.2d 1103, 1110 (stating that "[w]hen the vessel owner lays claim to the vessel he has appeared on its behalf.").

### II. Smith Maritime's Bond is the Res Subject to the Court's Jurisdiction

Additionally, Smith Maritime arranged for, and filed with the Court, a bond for the release of the Tug. This security under Supplemental Rule E(5) to the Federal Rules of Civil Procedure now stands as the *res* subject to the Court's jurisdiction and the release of the vessel upon posting of

this security discharged the Plaintiff's supposed lien on the Tug. See <u>U.S. v. Ames</u>, 99 U.S. 35, 36 (1879).

Respectfully submitted,

_____
Jeffrey R. Bale
State Bar No. 01629800
S.D. Tex. Adm. I.D. No.
Justin W. R. Renshaw
State Bar No. 24013392
S.D. Tex. Adm. I.D. No. 25865
Niels Esperson Building, 20th Floor
808 Travis Street
Houston, Texas 77002
Telephone:       (713) 225-0905
Facsimile:        (713) 225-2907

*Attorneys in Charge for Claimant/Defendants*

OF COUNSEL:

EASTHAM, WATSON, DALE, & FORNEY, L.L.P.

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I forwarded a true and correct copy of the foregoing to all counsel of record on this the 28th day of September 2001.

<u>Via CM/RRR #7000 1670 0006 1835 3351</u>
James H. Hunter, Jr.
Ewing E. Sikes, III
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
P.O. Box 3509
Brownsville, TX 77523-3509

_____
Justin W. R. Renshaw