S

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. | § § § | |
| Plaintiff, | § § | |
| V. | § § | C.A. NO. B-01-048 (ADMIRALTY) |
| SMITH L.C. & SMITH MARITIME *In Personam*, and the TUG ELSBETH II, her engines, tackle, and gear, etc, *In Rem* | § § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on October 2, 2001, the Court DENIED Plaintiff's Opposed Motion for Leave to Amend ISL's Original Complaint. [Dkt. No. 45]. Such amendment would not change the result of the Summary Judgment Order. [Dkt. No. 47].

DONE at Brownsville, Texas, this 2nd day of October 2001.

*Hilda Tagle*

Hilda G. Tagle
United States District Judge

.