53

United States District Court
Southern District of Texas
ENTERED

OCT 0 5 2001

Michael N. Milby, Clerk
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. | § § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. NO. B-01-048 (ADMIRALTY) |
| SMITH L.C. & SMITH MARITIME *In Personam*, and the TUG ELSBETH II, her engines, tackle, and gear, etc, *In Rem* | § § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on the 4th day of October, 2001 the Court considered Defendant Smith Maritime's Memorandum to the Court With Respect to the Answer of the Tug ELSBETH II [Dkt. No. 51]. The Court notes that in light of Defendant Smith Maritime's Claim of Owner for the Tug ELSBETH II [Dkt. No. 8], Smith Maritime's Answer and Counterclaim serve as responsive pleadings on behalf of Defendant the Tug ELSBETH II. See Cactus Pipe & Supply Co. v. M/V MONTMARTRE, 756 F.2d 1103, 1110 (5th Cir. 1985) ("When the vessel owner lays claim to the vessel he has appeared on its behalf.") Accordingly, for the reasons stated in the Summary Judgment Order filed with regard to Defendant Smith Maritime [Dkt. No. 47], the Court hereby **GRANTS IN PART AND DENIES IN PART** Summary Judgment for Defendant the Tug ELSBETH II.

DONE at Brownsville, Texas, this 4th day of October, 2001.

Hilda G. Tagle
United States District Judge