54

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 9 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. § § § § Plaintiff, § v. § § SMITH L.C. & SMITH MARITIME IN § PERSONAM, AND THE TUG ELSBETH § II, HER ENGINES, TACKLE, AND § GEAR, *ETC., IN REM*, § § Defendants § § § § | CIVIL NO. B-01-048 (ADMIRALTY) |

### NOTICE OF APPEAL FROM INTERLOCUTORY ORDER
### PURSUANT TO 28 U.S.C. § 1292(a)(3)

Pursuant to Rule 4 of the Federal Rules of Appellate Procedure, International Shipbreaking Limited, L.L.C., the Plaintiff, hereby gives Notice of Appeal to the United States Court of Appeals for the Fifth Circuit from:

1. The District Court's Summary Judgment Order signed September 21, 2001, and entered by the Clerk of the Court on that same day, and

2. The District Court's Order signed October 2, 2001, and entered by the Clerk of the Court on October 3, 2001, denying International Shipbreaking Limited's Opposed Motion for Leave to File and Amended Original Complaint.

The United States Court of Appeals for the Fifth Circuit has jurisdiction of the matter pursuant to 28 U.S.C. § 1292(a)(3) which provides, in pertinent part, that:

> [T]he court of appeal shall have jurisdiction of appeals from:
>
> (3) Interlocutory decrees of such district courts or the judges thereof determining the rights and liabilities of the parties to admiralty cases in which appeals from final decrees are allowed.

28 U.S.C. § 1292(a)(3). *See also Continental Cas. Co. v. Anderson Excavating & Wrecking Co.*, 189 F.3d 512 (7th Cir. 1999) (where the substantive rights of the parties is effected, an interlocutory appeal is proper in the admiralty context).

The parties to the judgment appealed from, and the names and addresses of their respective attorneys are as follows:

**Appellant/Plaintiff:**

International Shipbreaking Limited, L.L.C.

**Attorneys at the Trial Court:**

James H. Hunter, Jr.
Texas State Bar No. 00784311
Federal I.D. No. 15703

Ewing E. Sikes, III
Texas State Bar. No. 00794631
Federal I.D. No. 19534

Royston, Rayzor, Vickery & Williams, L.L.P.
P.O. Box 3509
Brownsville, Texas   78523-3509
Telephone:  956-542-4377
Fax: 956-542-4370

**On Appeal**:

Chester J. Makowski
Texas State Bar No. 12852950
Federal I.D. No. 15600
Attorney-in Charge on Appeal

Royston, Rayzor, Vickery & Williams, L.L.P.
1001 McKinney, Suite 1100
Houston, Texas 77002
Telephone: (713) 224-8380
Fax: (713) 225-9945

**Appellees/Plaintiffs:**

Smith L.C.
Smith Maritime, in personam and
Tug Elsbeth II, her engines, tackle, gear, *etc., in rem*

**Attorneys at the Trial Court and on Appeal:**

Jeff Bale
Justin Renshaw

Eastham, Watson, Dale & Forney, L.L.P.
20th Floor, Niels Esperson Building
808 Travis Street
Houston, Texas 77002

Respectfully submitted,

By: _____
James H. Hunter, Jr.
State Bar of Texas No. 00784311
Federal I.D. No. 15703

Ewing E. Sikes, III
State Bar of Texas No. 00794631
Federal I.D. No. 19534

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
P.O. Box 3509
Brownsville, Texas 78523-3509
Telephone: 956-542-4377
Fax: 956-542-4370

**ATTORNEY FOR PLAINTIFF
INTERNATIONAL SHIPBREAKING LIMITED,
L.L.C.**

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October 2001, a true and correct copy of the foregoing Notice of Appeal to counsel of record as indicated below via fax and certified mail return, receipt requested:

>Mr. Jeff Bale and Mr. Justin Renshaw
>Eastham, Watson, Dale & Forney, L.L.P.
>20th Floor, Niels Esperson Building
>808 Travis Street
>Houston, Texas 77002

_____
OF ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.