55

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 7 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C., | § § § § | |
| Plaintiff, | § § | |
| VS. | § § § § § | C.A. NO. B-01-048 In Admiralty Pursuant to Rule 9(h) of the Federal Rules of Civil Procedure |
| SMITH L.C. & SMITH MARITIME, in personam, TUG ELSBETH II, her engines, tackle, etc., *in rem*, | § § § § | |
| Defendants. | § | |

**APPELLANT INTERNATIONAL SHIPBREAKING
LIMITED, L.L.C.'S DESIGNATION OF RECORD ON APPEAL
TO THE FIFTH CIRCUIT COURT OF APPEALS**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Appellant INTERNATIONAL SHIPBREAKING LIMITED, L.L.C., and, pursuant to Rule 10(a) and Rule 11(a) of the Federal Rules of Appellate Procedure, files this its Designation of Record on Appeal.

**I. INTRODUCTION**

Appellant filed its notice of appeal with the Court on October 9, 2001.

**II. DESIGNATION OF RECORD**

Appellant designates the following documents to be included by the Clerk of the Court in the record on appeal:

48937:989961.1:110701

1. Plaintiff International Shipbreaking, L.L.C. Original Verified Complaint, filed on March 22, 2001.

2. Motion for Issuance of Warrant of Maritime Arrest, filed on March 22, 2001.

3. Order for Issuance of Warrant of Maritime Arrest, filed and entered on March 22, 2001.

4. Motion for Order Appointing Substitute Custodian, filed on March 22, 2001.

5. Order Appointing Substitute Custodian, filed and entered on March 22, 2001.

6. Motion for Publication of Notice, filed on March 22, 2001.

7. Order Directing Manner of Notice, filed and entered on March 22, 2001.

8. Monition, filed and entered on March 22, 2001.

9. Claim of Owner, filed on March 30, 2001.

10. Original Answer and Counterclaim of Smith Marine with Demand for Counter Security, filed on April 5, 2001.

11. Certificate of Interested Parties, filed on April 5, 2001.

12. Original Answer of Smith L.C., filed on September 28, 2001.

13. Smith Maritime's Motion for Final Summary Judgment, filed on July 20, 2001 (including its **Exhibits A, B, C, D**, and **E** (transcript)).

14. Plaintiff ISL's Response to Defendants' Motion for Final Summary Judgment, filed on August 16, 2001.

15. Smith Maritime's Amended Motion for Final Judgment, filed on August 16, 2001.

16. Smith Maritime's Reply to Plaintiff's Response to Defendants' Motion for Final Summary Judgment, filed on August 31, 2001.

17. ISL's Response to Smith's Reply to ISL's Response to Smith's Motion for Final Summary Judgment, filed on September 7, 2001.

18. Plaintiff's Opposed Motion for Leave to Amend ISL's Original Complaint, filed on September 7, 2001.

19. Order (granting in part and denying in part summary judgment), entered by Court and Clerk on September 21, 2001 (12 pages).

20. Order (denying motion for leave to amend complaint), entered by Court and Clerk on October 2, 2001 (1 page).

21. Order, entered by Court on October 4, 2001 and Clerk on October 5, 2001 (1 page).

22. Notice of Appeal from Interlocutory Order Pursuant to 28 U.S.C. § 1292(a)(3), filed on October 9, 2001.

23. Certified Copy of the Court's Docket Entries (case # 01-CV-48), dated March 22, 2001 through November 7, 2001.

24. Appellant International Shipbreaking Limited, L.L.C.'s Designation of Record, filed on November 7, 2001.

25. Transcript Order (none ordered), filed on November 7, 2001.

Respectfully submitted,

By: _____
Jon D. Brooks
Texas Bar No. 24004563
Federal ID No. 24936
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78523-3509
Tel: (956) 542-4377
Fax: (956) 542-4370
**Attorney-in-Charge (on appeal) for Plaintiff International Shipbreaking Limited, L.L.C.**

48937:989961.1:110701

-4-

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78523-3509
Tel: (956) 542-4377
Fax: (956) 542-4370

## Certificate of Service

I do hereby certify that a true and correct copy of the foregoing document has been forwarded, via **Certified Mail-Return Receipt Requested**, to all counsel of record this 7th day of November, 2001, as follows:

Mr. Jeff Bale
Mr. Justin Renshaw
Eastham, Watson, Dale & Forney, L.L.P.
20th Floor, Niels Esperson Building
808 Travis Street
Houston, Texas 77002-5769

_____
OF ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

48937:989961.1:110701                                    -4-