IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



NOV 13 2001

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. | § § § | |
| | § | **C.A. NO. B-01-048** |
| VS. | § § | |
| | § | In Admiralty Pursuant to |
| SMITH L.C. & SMITH MARITIME, | § | Rule 9(h) of the Federal |
| in personam, TUG ELSBETH II, | § | Rules of Civil Procedure |
| her engines, tackle, etc., *in rem* | § | |

## MOTION TO RETAIN THE RECORD IN CLERK'S OFFICE

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Rule 11 of the Federal Rules of Appellate Procedure, Plaintiff/Appellant INTERNATIONAL SHIPBREAKING LIMITED, L.L.C., files this motion to retain the record in the Clerk's office for use in preparing its brief on appeal, and shows as follows:

1. By written order, the Court granted summary judgment, in part, to Defendants on or about September 21, 2001.

2. By written order, the Court denied Plaintiff's motion for leave to amend its complaint on or about October 2, 2001.

3. Plaintiff filed its notice of appeal from the Court's respective orders on or about October 9, 2001.

4. Plaintiff filed its designation of record on appeal with the District Clerk on or about November 7, 2001.

48937:990567.1:111201

5. Rule 11(c) of the Federal Rules of Appellate Procedure provides that on motion by either party the Court may order that the district clerk retain the record temporarily for the parties to use in preparing the papers on appeal. *See* FED. R. APP. P. 11(c).

6. Accordingly, pursuant to Rule 11(c), Plaintiff/Appellant respectfully requests that the Court enter an order that allows the District Clerk to retain the record it prepares in this case in the Brownsville Division of the United States District Clerk's office for use by Plaintiff/Appellant in preparing its brief on appeal.

WHEREFORE, PREMISES CONSIDERED, Plaintiff/Appellant respectfully requests that the Court enter an order that allows the District Clerk to retain the record it prepares in this case in the Brownsville Division of the United States District Clerk's office for use by Plaintiff/Appellant in preparing its brief on appeal, and for such other and further relief, at in equity, to which Plaintiff/Appellant may be justly entitled.

Respectfully submitted,

By: _____
Jon D. Brooks
Texas Bar No. 24004563
Federal ID No. 24936
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78523-3509
Tel: (956) 542-4377
Fax: (956) 542-4370
**Attorney-in-Charge (on appeal) for Plaintiff International Shipbreaking Limited, L.L.C.**

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78523-3509
Tel: (956) 542-4377
Fax: (956) 542-4370

## Certificate of Service

I do hereby certify that a true and correct copy of the foregoing document has been forwarded, via **Certified Mail-Return Receipt Requested**, to all counsel of record this 13th day of November, 2001, as follows:

Mr. Jeff Bale
Mr. Justin Renshaw
Eastham, Watson, Dale & Forney, L.L.P.
20th Floor, Niels Esperson Building
808 Travis Street
Houston, Texas 77002-5769

_____
OF ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

48937:990567.1:111201                    -3-

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. | § § § | <u>C.A. NO. B-01-048</u> |
| VS. | § § | In Admiralty Pursuant to |
| SMITH L.C. & SMITH MARITIME, in personam, TUG ELSBETH II, her engines, tackle, etc., *in rem* | § § § § | Rule 9(h) of the Federal Rules of Civil Procedure |

**ORDER**

BE IT REMEMBERED that on November ____, 2001, the Court GRANTED Plaintiff/Appellant's Motion to Retain the Record in Clerk's office.

IT IS THEREFORE ORDERED that the record on appeal prepared by the District Clerk in the above-styled and numbered cause shall be retained in the office of the Brownsville Division of the United States District Clerk and made available to Plaintiff/Appellant for the preparation of its brief on appeal.

DONE at Brownsville, Texas, this _____ day of November 2001.

_____
Hon . Hilda G. Tagle
UNITED STATES DISTRICT JUDGE

cc:   Jon D. Brooks
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78523-3509

Mr. Jeff Bale
Mr. Justin Renshaw
EASTHAM, WATSON, DALE & FORNEY, L.L.P.
20th Floor, Niels Esperson Building
808 Travis Street
Houston, Texas  77002-5769

48937:990574.1:111201