58

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NOV 1 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. | § § § | |
| VS. | § § | **C.A. NO. B-01-048** |
| SMITH L.C. & SMITH MARITIME, in personam, TUG ELSBETH II, her engines, tackle, etc., *in rem* | § § § § | In Admiralty Pursuant to Rule 9(h) of the Federal Rules of Civil Procedure |

## ORDER

BE IT REMEMBERED that on November 15, 2001, the Court GRANTED Plaintiff/Appellant's Motion to Retain the Record in Clerk's office.

IT IS THEREFORE ORDERED that the record on appeal prepared by the District Clerk in the above-styled and numbered cause shall be retained in the office of the Brownsville Division of the United States District Clerk and made available to Plaintiff/Appellant for the preparation of its brief on appeal.

DONE at Brownsville, Texas, this 15 day of November 2001.

_____
Hon. Hilda G. Tagle
UNITED STATES DISTRICT JUDGE

cc:   Jon D. Brooks
      ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
      55 Cove Circle
      P. O. Box 3509
      Brownsville, Texas 78523-3509

      Mr. Jeff Bale
      Mr. Justin Renshaw
      EASTHAM, WATSON, DALE & FORNEY, L.L.P.
      20th Floor, Niels Esperson Building
      808 Travis Street
      Houston, Texas 77002-5769

48937:990574.1:111201