United States District Court
Southern District of Texas
FILED

NOV 16 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. § § § Plaintiff § § V. § § § § SMITH L.C. & SMITH MARITIME, § *In Personam*, and the TUG ELSBETH II, § her engines, tackle, and gear, etc., *In Rem* § § Defendants. § | C.A. NO. B-01-048 (ADMIRALTY) |

## APPELLEES' CROSS-DESIGNATION OF RECORD ON APPEAL

Pursuant to Federal Rule of Appellate Procedure 10(a), Smith L.C. and Smith Maritime (collectively "Appellees"), for their Cross-Designation of the Record on Appeal state as follows:

On November 7, 2001, Appellant International Shipbreaking Limited, L.L.C. ("ISL") filed its Designation of the Record on Appeal. In addition to those documents listed in ISL's Designation, Appelees designate the following Documents to be included in the Record to the 5th Circuit Court of Appeals:

1) Smith Maritime's Bond for $1,000,000.00 filed April 4, 2001;

2) Response and Brief of ISL in Opposition to Demand for Counter-Security filed May 9, 2001;

3) Order of the Court requiring ISL to post counter-security entered May 15, 2001; and

4) Cash Bond by ISL filed July 9, 2001.

19,645 1PTCN114JWR

Respectfully submitted,

_____
Jeffrey R. Bale
State Bar No. 01629800
S.D. Tex. Adm. I.D. No.
Justin W. R. Renshaw
State Bar No. 24013392
S.D. Tex. Adm. I.D. No. 25865
Niels Esperson Building, 20th Floor
808 Travis Street
Houston, Texas 77002
Telephone:     (713) 225-0905
Facsimile:     (713) 225-2907

*Attorneys in Charge for*
*Appellees Smith L.C. and Smith Maritime*

OF COUNSEL:

EASTHAM, WATSON, DALE, & FORNEY, L.L.P.

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I forwarded a true and correct copy of the foregoing to all counsel of record on this the 15th day of November 2001.

**Via CM/RRR**
Jon D. Brooks
James H. Hunter, Jr.
Ewing E. Sikes, III
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
P.O. Box 3509
Brownsville, TX  77523-3509
*(956) 542-4370 - Facsimile*

_____
Justin W. R. Renshaw