# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 01-41245
Summary Calendar

D.C. Docket No. B-01-CV-48

U.S. COURT OF APPEALS
**FILED**
JUN 1 1 2002
CHARLES R. FULBRUGE III
CLERK

INTERNATIONAL SHIPBREAKING LIMITED LLC

       Plaintiff - Counter Defendant - Appellant

United States District Court
Southern District of Texas
FILED
AUG 0 2 2002
Michael N. Milby
Clerk of Court

v.

L C SMITH; TUG ELSBETH II, her engines, tackle, etc. in rem

       Defendants - Appellees

and

SMITH MARITIME

       Defendant - Counter Claimant - Appellee

Appeal from the United States District Court for the
Southern District of Texas, Brownsville.

Before JONES, SMITH, and EMILIO M. GARZA, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that appellant pay to appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: JUL 3 0 2002

A true copy
Test:
Clerk, U.S. Court of Appeals, Fifth Circuit
By_____
Deputy
New Orleans, Louisiana   JUL 3 0 2002

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
RECEIVED

AUG 0 2 2002

Michael N. Milby, Clerk

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

July 30, 2002

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

    No. 01-41245 Intl Shipbreaking v. Smith
    USDC No. B-01-CV-48

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 4 ) Volumes     ( ) Envelopes     ( ) Boxes

Enclosed for the district court and counsel is the approved bill of costs.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Renee S. McDonough, Deputy Clerk
504-310-7673

cc: w/encl:
    Honorable Hilda G Tagle
    Mr Jon Daniel Brooks
    Mr Jeffrey Ross Bale