**U.S. COURT OF APPEALS**
**FILED**
**JUN 25 2002**
CHARLES R. FULBRUGE III
CLERK

No. 01-41245

United States District Court
Southern District of Texas
FILED
AUG 02 2002
Michael N. Milby
Clerk of Court

# UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

## BILL OF COSTS

**NOTE:** The Bill of Costs is due in this office *within 14 days from the date of the opinion*. See FED. R. APP. P. & 5TH CIR. R. 39. **Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.**

International Shipbreaking Limited, L.L.C. v. Smith Maritime

The Clerk is requested to tax the following costs against: Appellant, International Shipbreaking Limited, L.L.C.

| COSTS TAXABLE UNDER FED. R. APP. P. & 5TH CIR. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page | Total Cost |
| Docket fee ($100.00) | | | | | | | | $81.25 |
| Appendix or Record Excerpts | | | | | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 13 | 25 | .25 | $81.25 | 13 | 25 | .25 | 81.25 |
| Appellant's Reply Brief | | | | | | | | |
| Other: Hearing Transcript | 1 / 1 | 44 / 44 | $3.00 / .50 | $154.00 | | | | |
| | | | Total $ | 235.25 | | | | |

Costs are hereby taxed in the amount of $ 81.25 this ___ BOM ___

Costs are taxed in the amount of $ 81.25 BODA

this 24th day of July, 2002

CHARLES R. FULBRUGE III, CLERK

By: _____
Deputy Clerk

U.S. COURT OF APPEALS
RECEIVED
JUN 25 2002
NEW ORLEANS, LA.

I, Jeffrey R. Bale, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 24th day of July, 2002.

State of TEXAS
County of HARRIS

(Signature)

Attorney for Smith Maritime and L C Smith

* SEE REVERSE SIDE FOR RULES

OP-JDT-7