63

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
ENTERED

AUG 2 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| INTERNATIONAL SHIPBREAKING | § | |
| LIMITED LLC | § | |
| | § | |
| versus | § | CIVIL ACTION: B-01-48 |
| | § | |
| L C SMITH, ET AL | § | |

## ORDER SETTING CONFERENCE

1.  A status conference will be held on:

    _October 8_, 2002,

    at _3:00 p_.m.

    before the Honorable Hilda G. Tagle
    Third Floor-Courtroom No. 3
    United States Courthouse
    600 East Harrison Street, #306
    Brownsville, Texas 78520

2.  To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3.  Counsel in charge of a case must appear at all hearings or conferences. A motion to appear on behalf of the attorney in charge will be granted only upon showing of good cause, and only if the attorney to be substituted is familiar with the case and has authority to bind the client. The motion to appear must be ruled on in advance of the hearing or conference date.[Chamber Rule 4A]

Signed _August 20_, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge