## Civil Courtroom Minutes



| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas    ■ Levesque |
| DATE | 10 / 08 / 02 |
| TIME | 2:45 p.m. — 3:05 p.m. |
| CIVIL ACTION | B-01-48 |
| STYLE | International Shipbreaking, Ltd. *versus* Smith L.C. & Smith Maritime, Tug Elsbeth II, in rem |

United States District Court
Southern District of Texas
FILED
OCT 08 2002
Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■ Status Conference        (Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s):    James Hunter and Jon Brooks
Attorney(s) for Defendant(s):    Jeffrey Bale

**Comments:** L.C. Smith is the owner of Smith Maritime and the Summary Judgment, although filed only by Smith Maritime, applied to him as well.

**Left Over issues:** Petition for writ of cert. is being filed by plaintiffs this week. The Court declined to entertain motion of stay pending a determination concerning whether cert would be granted. Case and trial will move forward. Plaintiffs filed motion for stay of mandate at 5th Cir. and that court sent a letter stating that b/c the mandate had already been issued, the motion was moot.

Damages remain to be determined and a trial remains on whether the tow was seaworthy. Defendant indicated he would be submitting a motion within three weeks concerning whether there was improper seizure of the vessel, and to dissolve the million dollar bond because as the Court has ruled in defendant's favor on all of Plaintiff's claims, there is no longer a reason to have the bond in effect. In this respect, he may like to amend the pleadings.

**Settlement:** Possibility but summary judgment was granted before the completion of discovery and so need more information through interrogatories, etc. Mediation would be helpful. Court left mediation up to the parties but urged it to occur on or around November 25, 2002. Parties to submit a Status Report by December 2, 2002. Court suggested parties submit a joint case management plan. Barring settlement, the Court would like trial to proceed within 120 days (February 6, 2003).