65

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. | § § § | C.A. NO. B-01-048 |
| VS. | § § | In Admiralty Pursuant to Rule 9(h) of the Federal |
| SMITH L.C. & SMITH MARITIME, in personam, TUG ELSBETH II, her engines, tackle, etc., *in rem* | § § § | Rules of Civil Procedure |

## PLAINTIFF'S NOTICE OF NO-OPPOSITION TO DEFENDANT'S MOTION FOR RELEASE OF BOND

COMES NOW, **International Shipbreaking Limited, L.L.C.** ("ISL") and advises the Court that it is not opposed to Defendant, Smith Maritime's Motion to Release one million dollar bond, which was filed November 11, 2002. Further, Plaintiff, has no objection to the order proposed by Defendant granting release of said bond.

Respectfully submitted,

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By: _____
James H. Hunter, Jr.
State Bar No. 00784311
Federal I.D. No. 15703
Jon D. Brooks
State Bar No. 24004563
Federal I.D. No. 24936
Attorneys for Plaintiff,
**INTERNATIONAL SHIPBREAKING LIMITED, L.L.C.**

48937:1037072.1:111802

Of Counsel:

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**
P.O. Box 3509
Brownsville, Texas  78523-3509
Telephone:   (956) 542-4377
Telecopier:   (956) 542-4370

### Certificate of Service

I hereby certify that on the 18th day of **November, 2002**, a true and correct copy of the foregoing was served **Via Facsimile (281) 295-6010** on the following counsel of record:

Mr. Jeff Bale
Bale Stinneford & Godkin, LLP
Attorneys at Law
Kensington I, Suite 200
1600 Highway 6 South
Sugarland, Texas  77478

_____
**Of ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

48937:1037072.1:111802                    -2-