

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. | § § § | |
| Plaintiff | § § | |
| V. | § § | C.A. NO. B-01-048 (ADMIRALTY) |
| SMITH L.C. & SMITH MARITIME, *In Personam*, and the TUG ELSBETH II, her engines, tackle, and gear, etc., *In Rem* | § § § § § | |
| Defendants. | § | |

## MOTION FOR RELEASE OF BOND

TO THE HONORABLE JUDGE OF THIS COURT:

COME NOW, SMITH L.C. ("Smith") and SMITH MARITIME ("Smith Maritime"), as Principal, Owner and Claimant for the TUG ELSBETH II, and file this Motion to Release Bond and would respectfully show unto the court as follows:

I.

On March 22, 2001, Plaintiff International Shipbreaking Limited, L.L.C. ("ISL") filed a verified complaint alleging damages for a maritime tort against Smith, Smith Maritime and the TUG ELSBETH II ("Defendants") with this Court. On the same day Plaintiff filed its Motion for Issuance of Warrant for Maritime Arrest and its Order for Issuance of Maritime Arrest. Subsequently, on March 22, 2001, the Order for Issuance of Maritime Arrest was signed by the Honorable John W. Black and the TUG ELSBETH II was seized on March 26, 2001. After service and seizure of the TUG ELSBETH II, Defendants appeared herein and timely filed with the Court a bond secured by Travelers Casualty and Surety Company of America in the amount of One Million

Dollars ($1,000,000.00) as security for ISL's claims. The TUG ELSBETH was released by ISL and the United States Marshal Service on April 4, 2001.

On July 23, 2001, Defendants filed a Motion for Summary Judgment on ISL's claims of negligence and breach of the warranty of workmanlike service as well as for Defendants' own counterclaims for breach of the underlying tow contract. Defendants also obtained countersecurity for their claims with a Three Hundred Thousand Five Hundred Sixty-Six and 62/100 ($300,566.62) bond. On September 21, 2001, this Court partially granted Defendants' summary judgment motion and dismissed ISL's claims of negligence and breach of warranty after an evidentiary hearing and contemplation of the parties' motions and responses. Plaintiff appealed this Court's summary judgment order to the United States Court of Appeals for the Fifth Circuit. On June 11, 2002, the District Court's original summary judgment order was affirmed by the court of appeals. The Plaintiff has now petitioned the United States Supreme Court for writ of certiorari.

## II.

Pursuant to Admiralty Supplemental Rule E(6) and for good cause shown, Defendants contend that their original One Million Dollar ($1,000,000.00) security bond should be released, because Plaintiff does not have any remaining claim against Defendants in its live pleading. Defendants now move this Court to release the surety bond posted with the District Clerk because all claims made by Plaintiff have been dismissed by this court pursuant to the order granting partial summary judgment entered on September 21, 2001, which was subsequently affirmed on appeal by the United States Court of Appeals for the Fifth Circuit.

WHEREFORE, Defendants pray that the One Million Dollar ($1,000,000.00) bond posted on April 4, 2001 by Smith Maritime, as Principal, and Travelers Casualty and Security Company of

America, as Surety, be released by order of this Honorable Court. Defendants further pray that this Honorable Court grant them such other relief as the justice of the cause may require.

Respectfully submitted,

_____
Jeffrey R. Bale
State Bar No. 01629800
S.D. Tex. Adm. I.D. No. 3324
Kensington I, Suite 200
1600 Hwy. 6 South
Sugar Land, Texas 77478
Telephone: 281/295-6000
Facsimile: 281/295-6010

*Attorneys in Charge for Claimants/Defendants,
Smith Maritime and L.C. Smith*

OF COUNSEL:

BALE, STINNEFORD & GODKIN, L.L.P.

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I forwarded a true and correct copy of the foregoing to all counsel of record on this the 11th day of November 2002.

**Via CM/RRR # 7002 2030 0000 8872 6474**
James H. Hunter, Jr.
Ewing E. Sikes, III
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
P.O. Box 3509
Brownsville, TX 77523-3509
*(956) 542-4370 - Facsimile*

_____
Jeffrey R. Bale