**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
E....... ..)

NOV 2 2 2002

Michael N. M...y, Clerk of Co...
By Deputy Clerk

| | | |
|---|---|---|
| **International Shipbreaking Ltd.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | **CIVIL ACTION NO. B-01-048** |
| **v.** | § | |
| | § | |
| **Smith L.C. & Smith Maritime, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

BE IT REMEMBERED, that on November 21, 2002, the Court considered Defendants' unopposed Motion for Release of Bond [Dkt. No. 66]. As the Court's September 21, 2001, Summary Judgment Order has now been affirmed on appeal by the United States Court of Appeals for the Fifth Circuit, the bond posted by Smith Maritime, and secured by Travelers Casualty and Security Company of America, is no longer necessary pending final resolution of this action. The Clerk of the Court is hereby **ORDERED** to release the One Million Dollar ($1,000,000.00) bond, as Principal, in the above numbered cause of action.

DONE at Brownsville, Texas, this 21st day of November, 2002.

Hilda G. Tagle
United States District Judge

United States District Court
Southern District of Texas
FILED

APR 0 4 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

INTERNATIONAL SHIPBREAKING §
LIMITED, L.L.C. §
        Plaintiff §
 §
V. §      C.A. NO. B-01-048
 §      (ADMIRALTY)
 §
SMITH L.C. & SMITH MARITIME, §
*In Personam*, and the TUG ELSBETH II, §
her engines, tackle, and gear, etc., *In Rem* §
 §
        Defendants. §

## BOND

KNOW ALL MEN BY THESE PRESENTS, that we, Smith Maritime, as Principal, and Travelers Casualty and Surety Company of America, as Surety, are held and firmly bound unto the United States Marshal for the Southern District of Texas, his successor and successors, for the benefit of whom it may concern, in the sum of One Million Dollars ($1,000,000.00), lawful money of the United States, for payment whereof to said United States Marshal, his successor and successors, for the benefit of whom it may concern, the Principal and said Surety bind themselves, their successors and assigns, jointly, severally, and firmly by these presents.

NOW, THEREFORE, the conditions of this obligation are such that said Principal shall abide by all Orders of the Court in such suit, interlocutory or final, and pay to the Plaintiff the amounts awarded to the Plaintiff and against the said Principal, as Plaintiff in the above-captioned matter, by a final judgment rendered by this Court or by an Appellate Court if any appeal intervene, then this obligation shall be void, otherwise same shall remain in full force and effect.

WHEREAS our respective names and seals, hereunder affixed by us on this 3rd day of April, 2001.

19,645/1PDCP4110.JWR-Bond.doc

SMITH MARITIME

By: _____
Its Authorized Attorney

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

By: _____
Attorney in Fact

**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**
TRAVELERS CASUALTY AND SURETY COMPANY
FARMINGTON CASUALTY COMPANY
Hartford, Connecticut 06183-9062

## POWER OF ATTORNEY AND CERTIFICATE OF AUTHORITY OF ATTORNEY(S)-IN-FACT

KNOW ALL PERSONS BY THESE PRESENTS, THAT TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, TRAVELERS CASUALTY AND SURETY COMPANY and FARMINGTON CASUALTY COMPANY, corporations duly organized under the laws of the State of Connecticut, and having their principal offices in the City of Hartford, County of Hartford, State of Connecticut, (hereinafter the "Companies") hath made, constituted and appointed, and do by these presents make, constitute and appoint: **Christopher H. Noble, Eric Anderson, Lauren Argento, Joshua C. Betz, S.M. Bowser, Lisa Busker, Frances M. Carrow, Kelly Coleman, Diane M. Dasinger, Steven Foster, Robert Gavos, Melissa Haddick, John L. Hall, Betty Johnson, Gregory A. Michels, P.T. Osburn, Pat E. Pinchback, David S.J. Wightman**, of Houston, Texas, their true and lawful Attorney(s)-in-Fact, with full power and authority hereby conferred to sign, execute and acknowledge, at any place within the United States, the following instrument(s): by his/her sole signature and act, any and all bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking and any and all consents incident thereto and to bind the Companies, thereby as fully and to the same extent as if the same were signed by the duly authorized officers of the Companies, and all the acts of said Attorney(s)-in-Fact, pursuant to the authority herein given, are hereby ratified and confirmed.

This appointment is made under and by authority of the following Standing Resolutions of said Companies, which Resolutions are now in full force and effect:

VOTED: That the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President, any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary may appoint Attorneys-in-Fact and Agents to act for and on behalf of the company and may give such appointee such authority as his or her certificate of authority may prescribe to sign with the Company's name and seal with the Company's seal bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, and any of said officers or the Board of Directors at any time may remove any such appointee and revoke the power given him or her.

VOTED: That the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President may delegate all or any part of the foregoing authority to one or more officers or employees of this Company, provided that each such delegation is in writing and a copy thereof is filed in the office of the Secretary.

VOTED: That any bond, recognizance, contract of indemnity, or writing obligatory in the nature of a bond, recognizance, or conditional undertaking shall be valid and binding upon the Company when (a) signed by the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary and duly attested and sealed with the Company's seal by a Secretary or Assistant Secretary, or (b) duly executed (under seal, if required) by one or more Attorneys-in-Fact and Agents pursuant to the power prescribed in his or her certificate or their certificates of authority or by one or more Company officers pursuant to a written delegation of authority.

**This Power of Attorney and Certificate of Authority is signed and sealed by facsimile (mechanical or printed) under and by authority of the following Standing Resolution voted by the Boards of Directors of TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, TRAVELERS CASUALTY AND SURETY COMPANY and FARMINGTON CASUALTY COMPANY, which Resolution is now in full force and effect:**

VOTED: That the signature of each of the following officers: President, any Executive Vice President, any Senior Vice President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary, and the seal of the Company may be affixed by facsimile to any power of attorney or to any certificate relating thereto appointing Resident Vice Presidents, Resident Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such power of attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding upon the Company in the future with respect to any bond or undertaking to which it is attached.

**IN WITNESS WHEREOF, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, TRAVELERS CASUALTY AND SURETY COMPANY and FARMINGTON CASUALTY COMPANY** have caused this instrument to be signed by their **Senior Vice President** and their corporate seals to be hereto affixed this 22nd day of January 2001.

STATE OF CONNECTICUT

          }SS. Hartford

COUNTY OF HARTFORD

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
TRAVELERS CASUALTY AND SURETY COMPANY
FARMINGTON CASUALTY COMPANY

  

By_____

**George W. Thompson**
**Senior Vice President**

On this 22nd day of January, 2001 before me personally came **GEORGE W. THOMPSON** to me known, who, being by me duly sworn, did depose and say: that he/she is **Senior Vice President** of **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, TRAVELERS CASUALTY AND SURETY COMPANY and FARMINGTON CASUALTY COMPANY**, the corporations described in and which executed the above instrument; that he/she knows the seals of said corporations; that the seals affixed to the said instrument are such corporate seals; and that he/she executed the said instrument on behalf of the corporations by authority of his/her office under the Standing Resolutions thereof.



My commission expires December 31, 2002  Notary Public
Carol A. Thompson

CERTIFICATE

I, the undersigned, **Assistant Secretary** of **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, TRAVELERS CASUALTY AND SURETY COMPANY and FARMINGTON CASUALTY COMPANY**, stock corporations of the State of Connecticut, DO HEREBY CERTIFY that the foregoing and attached Power of Attorney and Certificate of Authority remains in full force and has not been revoked; and furthermore, that the Standing Resolutions of the Boards of Directors, as set forth in the Certificate of Authority, are now in force.

Signed and Sealed at the Home Office of the Company, in the City of Hartford, State of Connecticut. Dated this     3     day of     April     , 2001.

  

By_____

**Kori M. Johanson**
**Assistant Secretary, Bond**