United States District Court
Southern District of Texas
FILED

DEC 0 4 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. | § § § | C.A. NO. B-01-048 |
| VS. | § § | In Admiralty Pursuant to Rule 9(h) of the Federal |
| SMITH L.C. & SMITH MARITIME, in personam, TUG ELSBETH II, her engines, tackle, etc., *in rem* | § § | Rules of Civil Procedure |

### JOINT NOTICE OF SETTLEMENT

Comes now, Plaintiff **International Shipbreaking Limited, L.L.C.** ("ISL") and Defendants **Smith Maritime and Smith L.C.**, and pursuant to Local Rule 16.3, give notice of settlement of all claims and counter-claims.

### I.

A settlement, in principal, was reached at mediation. In addition to the standard Release and Agreed Dismissal, the parties will be submitting a Joint Motion to Distribute Plaintiff's cash in the registry of the Court in order to fund most of the settlement. The parties have agreed to finalize the settlement papers and exchange consideration no later than December 14, 2002.

Respectfully submitted,

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

By: /s/ *[signature]*

James H. Hunter, Jr.
State Bar No. 00784311
Federal I.D. No. 15703
Jon D. Brooks
State Bar No. 24004563
Federal I.D. No. 24936
P.O. Box 3509
Brownsville, Texas   78523-3509
Telephone:   (956) 542-4377
Telecopier:   (956) 542-4370
Attorneys for Plaintiff,
**INTERNATIONAL SHIPBREAKING LIMITED, L.L.C.**

**BALE STINNEFORD & GODKIN, LLP**

By: /s/ Jeff Bale, by perm.

Jeff Bale
State Bar No. 01629800
Justin W. R. Renshaw
State Bar No. 24013392
Kensington I, Suite 200
1600 Highway 6 South
Sugarland, Texas   77478
Telephone: (281) 295-6000
Telecopier: (281) 295-6010
Attorneys for Defendant,
**SMITH L.C. & SMITH MARITIME, in personam, TUG ELSBETH II, Her engines, tackle, etc.,** *in rem*

## Certificate of Service

I hereby certify that on the 4th day of **December, 2002**, a true and correct copy of the foregoing was served via *FAX (281) 295-6010* on the following counsel of record:

Mr. Jeff Bale
Bale Stinneford & Godkin, LLP
Attorneys at Law
Kensington I, Suite 200
1600 Highway 6 South
Sugarland, Texas 77478

*[signature]*

**Of ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**