IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. | § § § | |
| Plaintiff, | § | |
| V. | § § | C.A. NO. B-01-048 (ADMIRALTY) |
| SMITH L.C. & SMITH MARITIME *In Personam*, and the TUG ELSBETH II, her engines, tackle, and gear, etc, *In Rem* | § § § § | |
| Defendants. | § | |

### ORDER

BE IT REMEMBERED that on January 6, 2003, having received from the parties a Joint Notice of Settlement [Dkt. No. 68], the Court **ORDERED** the parties to submit a status report concerning the filing of an Agreed Dismissal and Joint Motion to Distribute funds in the Court's registry. The referenced status report shall be filed no later than 3:00 p.m. on Monday, January 13, 2003.

DONE at Brownsville, Texas, this 6th day of January, 2003.

Hilda G. Tagle
United States District Judge