United States District Court
Southern District of Texas
FILED

JAN 1 3 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. | § § § | C.A. NO. B-01-048 |
| VS. | § § | In Admiralty Pursuant to Rule 9(h) of the Federal |
| SMITH L.C. & SMITH MARITIME, in personam, TUG ELSBETH II, her engines, tackle, etc., *in rem* | § § § § | Rules of Civil Procedure |

### STATUS REPORT REGARDING SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, International Shipbreaking Limited, L.L.C., Plaintiff and Smith Maritime, Inc., Defendants herein and file their status report regarding the settlement of this matter in accordance with Court's Order dated January 6, 2003.

1. In accordance with the parties' settlement agreement at the time this case was mediated, International Shipbreaking Limited timely tendered funds and settlement papers to Defendants.

2. During the latter part of 2002, Captain Latham Smith, the president of Smith Maritime, Inc., was involved in two large towing jobs and was integrally involved in the logistics of the transfers. During this time-frame, Captain Smith was out of his office and, therefore, did not execute the settlement papers until the first part of 2003.

3. The papers have been executed and transmitted to the office of defense counsel, but have not as yet been received. Counsel for Defendant expects to receive the settlement papers from his client in the next day or two.

48937:1043284.1:011303

4.  Upon receipt of executed releases, defense counsel will approve the form of judgment submitted to him and will transmit same to the Court for filing and entry.

5.  The parties anticipate that this matter will be completely resolved, concluded and that the judgment will be submitted to the Court for entry within the next week.

Respectfully submitted,

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

By: /s/ *[signature]*

James H. Hunter, Jr.
State Bar No. 00784311
Federal I.D. No. 15703
Jon D. Brooks
State Bar No. 24004563
Federal I.D. No. 24936
P.O. Box 3509
Brownsville, Texas  78523-3509
Telephone:   (956) 542-4377
Telecopier:   (956) 542-4370
Attorneys for Plaintiff,
**INTERNATIONAL SHIPBREAKING LIMITED, L.L.C.**

BALE STINNEFORD & GODKIN, LLP

By: _____
Jeff Bale
State Bar No. 01629800
Justin W. R. Renshaw
State Bar No. 24013392
Kensington I, Suite 200
1600 Highway 6 South
Sugarland, Texas 77478
Telephone: (281) 295-6000
Telecopier: (281) 295-6010
Attorneys for Defendant,
**SMITH L.C. & SMITH MARITIME,
in personam, TUG ELSBETH II,
Her engines, tackle, etc.,** *in rem*

### Certificate of Service

I hereby certify that on the 13th day of **January, 2003**, a true and correct copy of the foregoing was served via *FAX (281) 295-6010* on the following counsel of record:

Mr. Jeff Bale
Bale Stinneford & Godkin, LLP
Attorneys at Law
Kensington I, Suite 200
1600 Highway 6 South
Sugarland, Texas 77478

_____
Of ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.