SUPREME COURT OF THE UNITED STATES
OFFICE OF THE CLERK
WASHINGTON, D. C. 20543

December 16, 2002

Clerk
United States Court of Appeals for
the Fifth Circuit
600 Camp Street, Room 100
New Orleans, LA 70130

Re: International Shipbreaking Limited, L.L.C.
    v. L. C. Smith, et al.
    No. 02-618
    (Your No. 01-41245)

Dear Clerk:

B-01-CV-48

The Court today entered the following order in the above entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk