United States District Court
Southern District of Texas
FILED

JAN 21 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. | § § § | C.A. NO. B-01-048 |
| VS. | § § | In Admiralty Pursuant to Rule 9(h) of the Federal |
| SMITH L.C. & SMITH MARITIME, in personam, TUG ELSBETH II, her engines, tackle, etc., *in rem* | § § § | Rules of Civil Procedure |

## JOINT MOTION FOR DISPERSEMENT OF FUNDS IN THE REGISTRY OF THE COURT

Comes now, Plaintiff **International Shipbreaking Limited, L.L.C.** ("ISL") and Defendants, **Smith Maritime** and **Smith L.C.** ("Smith"), and move jointly to disperse certain funds being held in the registry of the Court as counter-security for Defendants' counterclaims. In support thereof, the parties would respectfully show as follows:

I.

Pursuant to the Court's order of May 15, 2001, granting Defendants' Motion for Counter-Security, Plaintiff, ISL tendered a check in the amount of $300,566.42 to the clerk to be held in the registry of the Court as counter-security for Defendants' counterclaims. Pursuant to telephone advices from the clerk's office, these funds have been accruing interest.

II.

Plaintiff and Defendants have reached a settlement of all claims and counterclaims. As part of the settlement, all of the money being held in the registry of the court as counter-

48937:1038774.1:120502

BALE STINNEFORD & GODKIN, LLP

By: _____
Jeff Bale
State Bar No. 01629800
Justin W. R. Renshaw
State Bar No. 24013392
Kensington I, Suite 200
1600 Highway 6 South
Sugarland, Texas 77478
Telephone: (281) 295-6000
Telecopier: (281) 295-6010
Attorneys for Defendant,
**SMITH L.C. & SMITH MARITIME,
in personam, TUG ELSBETH II,
Her engines, tackle, etc.,** *in rem*

### Certificate of Service

I hereby certify that on the 21st day of ~~December~~ January, 2003, a true and correct copy of the foregoing was served via *FAX (281) 295-6010* on the following counsel of record:

Mr. Jeff Bale
Bale Stinneford & Godkin, LLP
Attorneys at Law
Kensington I, Suite 200
1600 Highway 6 South
Sugarland, Texas 77478

_____
Of ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.