73

United States District Court
Southern District of Texas
FILED

JAN 2 1 2003

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING | § | |
| LIMITED, L.L.C. | § | C.A. NO. B-01-048 |
| | § | |
| VS. | § | In Admiralty Pursuant to |
| | § | Rule 9(h) of the Federal |
| SMITH L.C. & SMITH MARITIME, | § | Rules of Civil Procedure |
| in personam, TUG ELSBETH II, | § | |
| her engines, tackle, etc., *in rem* | | |

### JOINT MOTION AND STIPULATION
### FOR DISMISSAL WITH PREJUDICE

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff, **INTERNATIONAL SHIPBREAKING LIMITED, L.L.C.,** (hereinafter "ISL"),

and Defendants, **SMITH L.C.** and **SMITH MARITIME** (hereinafter "Smith Defendants")

announce to the Court that this matter has been compromised and settled and ask the Court to

dismiss Plaintiff's claims and causes of action against Defendants and Defendants' counterclaims

against Plaintiff, all such claims and counterclaims to be dismissed with prejudice, with court costs

to be borne by the party incurring same.

### I.

Plaintiff ISL and the Smith Defendants have reached a full and final settlement. As part of

the settlement agreement, Plaintiff ISL stipulates and moves to dismiss all of its claims (and appeal)

against the Smith Defendants. Further, the Smith Defendants move to dismiss all counterclaims

against Plaintiff ISL. It is stipulated that each party will bear its own court costs and attorneys fees.

The settlement should be approved by the Court because it will end the litigation in this case

between Plaintiff and Defendants. It is requested the dismissal be entered with prejudice.

48937:1038792.1:120502

Respectfully submitted,

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

By: _____

James H. Hunter, Jr.
State Bar No. 00784311
Federal I.D. No. 15703
Jon D. Brooks
State Bar No. 24004563
Federal I.D. No. 24936
P.O. Box 3509
Brownsville, Texas   78523-3509
Telephone:     (956) 542-4377
Telecopier:    (956) 542-4370
Attorneys for Plaintiff,
**INTERNATIONAL SHIPBREAKING
LIMITED, L.L.C.**

**BALE STINNEFORD & GODKIN, LLP**

By: _____

Jeff Bale
State Bar No. 01629800
Justin W. R. Renshaw
State Bar No. 24013392
Kensington I, Suite 200
1600 Highway 6 South
Sugarland, Texas   77478
Telephone: (281) 295-6000
Telecopier: (281) 295-6010
Attorneys for Defendant,
**SMITH L.C. & SMITH MARITIME,
in personam, TUG ELSBETH II,
Her engines, tackle, etc.,** *in rem*

**Certificate of Service** 

I hereby certify that on the 2/st day of ~~December~~, January 2003 a true and correct copy of the foregoing *Joint Motion and Stipulation for Dismissal with Prejudice* was served via *FAX (281) 295-6010* on the following counsel of record:

Mr. Jeff Bale
Bale Stinneford & Godkin, LLP
Attorneys at Law
Kensington I, Suite 200
1600 Highway 6 South
Sugarland, Texas 77478

_____
**Of ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**