IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C.<br><br>Plaintiff,<br><br>v.<br><br>SMITH L.C. & SMITH MARITIME, in personam, TUG ELSBETH II, her engines, tackle, etc., *in rem*,<br><br>Defendants. | CIVIL ACTION NO. B-01-048 |

## ORDER

BE IT REMEMBERED that on January 23, 2003, the Court considered the Parties' Joint Stipulation of Dismissal [Dkt. No. 73]. The Court, having been advised by counsel that a settlement has been reached, **DISMISSES** all of Plaintiff's and Defendants' claims with prejudice. The parties shall bear their own costs and attorneys' fees. The Court retains jurisdiction to enforce the settlement. Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, this 23rd day of January, 2003.

Hilda G. Tagle
United States District Judge