IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 27 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C.,<br><br>Plaintiff,<br><br>v.<br><br>SMITH L.C. & SMITH MARITIME, in personam, TUG ELSBETH II, her engines, tackle, etc., *in rem*,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. B-01-048<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

### ORDER OF DISBURSEMENT

BE IT REMEMBERED that on January 27, 2003, the Court considered the Parties' Joint Motion for Disbursement of Funds in the Registry of the Court [Dkt. No. 72]. The Court **ORDERS** the Clerk of the Court to disburse the principal amount plus any accrued interest held in the Registry to the Defendants' designated payee, Smith Maritime.

DONE at Brownsville, Texas, this 27th day of January, 2003.

Hilda G. Tagle
United States District Judge